Russell G. Evans (7192)
Justin O. Burton (6506)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.,
Murray, Utah 84107
(801) 288-0202

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| IN RE:<br><br>Hossein Rezaian<br>ssn: xxx-xx-5390<br>Afagh Mohammadreza<br>ssn: xxx-xx-1738<br><br>DEBTOR(S) | Case No.<br><br>Chapter 13<br><br>(Filed Electronically) |
|---|---|

## DECLARATION OF PAYMENT ADVICES

Attached to this declaration are all pay advices for the Debtor (s) for the 60 days pre-petition. However, Debtors are self-employed and do not receive pay advices. Therefore, none are attached.

Dated: September 11, 2012

_____
Justin O. Burton, of and for,
RULON T. BURTON & ASSOCIATES

## MAILING CERTIFICATE

Upon penalty of perjury, I hereby certify that on ___9/14___, 2012, I caused to be filed electronically via ECF and/or mailed, postage prepaid, a true and correct copy of **DECLARATION OF PAYMENT ADVICES** to the following parties:

Standing Trustee assigned to case via ECF, US Trustee via ECF.

_____
Mailing Clerk