

**Wells Fargo Service Center**
Personal Credit Management Payment Processing
PO Box 30097
Los Angeles, CA 90030-0097

wellsfargo.com

10/03/2012

KEVIN R ANDERSON TR
405 S MAIN ST
STE 600
SALT LAKE CITY, UT 84111-3408

Subject:     **Withdraw from Proof of Claim.**
             Debtor(s):  HOSSEIN REZAIAN, AFAGH MOHAMMADREZA
             Account ending in ************0752
             Bankruptcy. No.:  1231819

Dear KEVIN R ANDERSON TR:

This letter is regarding Chapter 13 Case #1231819 for HOSSEIN REZAIAN.  Wells Fargo Bank has evaluated the aforementioned account.  Upon review of our records, it has been determined that the claim governing our loan was filed in error.  Consequently, your office may consider this proof of claim(#9) for $10,331.56 effectively withdrawn.

If you have any additional, questions or if we can be of further assistance, please contact us at 866-862-9753, Monday through Friday, 7:30 a.m. to 5:00 p.m. Central Time.  Our fax number is 866-802-6187.  Wells Fargo does accept relay service calls.

Sincerely,

James Holloway
Senior Vice President
Wells Fargo Personal Credit Management

PBKC291.doc                        Reference: 165389110  TR                        Rev. 06/11

Wells Fargo Bank, N.A