Justin O. Burton (6506)
Russell G. Evans (7192)
**Rulon T. Burton & Assoc.**
Attorney for Debtor(s)
6000 So. Fashion Blvd.
Murray UT 84107
(801) 288-0202 (voice)
(801) 288-0947 (fax)

## UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Case No. 12-31819 |
|---|---|
| REZAIAN, Hossein<br>    ssn: xxx-xx-5390<br>MOHAMMADREZA, Afagh<br>    ssn: xxx-xx-1738<br><br><br>Debtor(s). | Chapter 13<br><br>Judge: Mosier<br><br>Trustee: Anderson<br><br>*Filed Electronically* |

### DECLARATION REGARDING TAX RETURNS

I/we, the undersigned debtor(s), declare under penalty of perjury that

All required federal or state tax returns for the taxable periods ending during the four year period before the filing of the petition *have been filed.*

I/We acknowledge that the court will not confirm any Chapter 13 Plan and the case may be dismissed at or before the confirmation hearing unless all tax returns have been filed.

I/we further acknowledge that I/we will file and serve on the Trustee an amended declaration if further required tax returns are filed with the taxing authorities after the date indicated above.

Dated: 9/14/2012

_____
Debtor

_____
Debtor

_____
Justin O. Burton, Attorney for Debtor(s)
6000 So. Fashion Blvd.
Murray, UT 84107
(801) 288-0202

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing paper was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or electronically transferred via ECF: October 5, 2012.

Kevin R. Anderson
Trustee assigned to the case

_____
Mailing Clerk