Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for JPMorgan Chase Bank, N.A.
L&A Case No. 12-29415

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re: | Bankruptcy No. 12-31819 RKM |
|---|---|
| Hossein Rezaian and Afagh Mohammadreza, | (a Chapter 13 case) |
| Debtors. | Filed Electronically |

APPEARANCE OF COUNSEL

Lundberg & Associates enters an appearance on behalf of JPMorgan Chase Bank, N.A. ("Creditor"), a secured creditor in the above-referenced bankruptcy. Please add the following to the mailing matrix:

>   Mark S. Middlemas
>   Lundberg & Associates
>   3269 South Main Street, Suite 100
>   Salt Lake City, UT  84115

DATED: October 18, 2012.

        LUNDBERG & ASSOCIATES

By____/s/_____
Mark S. Middlemas
Attorneys for Creditor

### CERTIFICATE OF NOTIFICATION

I certify that on October 18, 2012 I sent a copy of the foregoing Appearance of Counsel, electronically or by first class mail, to each of the following:

    Justin O. Burton
    Rulon T. Burton & Assoc.
    ECF
        Attorney for Debtors

_____/s/_____
Mark S. Middlemas