FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2012 OCT 26 PM 3: 15

DISTRICT OF UTAH

MARK E. MEDCALF #5404
Assistant Utah Attorney General
MARK L. SHURTLEFF #4666
Utah Attorney General
Attorneys for the State of Utah
160 East 300 South, Fifth Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
Telephone: (801) 366-0237
markmedcalf@utah.gov

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH (SALT LAKE CITY)

| In Re: | Bankruptcy No. 12-31819 |
|---|---|
| Hossein Rezaian, | |
| Debtor. | Chapter 13 |
| | Judge Mosier |

### NOTICE OF APPEARANCE OF COUNSEL, REQUEST TO BE ADDED TO MAILING MATRIX, AND SPECIAL REQUEST FOR NOTICE OF ALL PROCEEDINGS

The undersigned attorney, Mark E. Medcalf, hereby enters his appearance for and in behalf of the Utah Labor Commission in the above-entitled matter for all creditor matters, and hereby requests that on behalf of the Utah Labor Commission, he be provided with special notice of all filings made by the Debtor, Hossein Rezaian, with the above-referenced Bankruptcy Court and that he be added to the mailing matrix as attorney for the Utah Labor Commission.

UFC 5380

MARK E. MEDCALF #5404
Assistant Utah Attorney General
160 East 300 South, Fifth Floor
Box 140857
Salt Lake City, Utah 84114-0857
Telephone (801) 366-0237
markmedcalf@utah.gov

DATED this 25 day of October, 2012.

Mark L. Shurtleff
Utah Attorney General

Mark E. Medcalf
Assistant Utah Attorney General

CERTIFICATE OF SERVICE

I hereby certify that on the 26 day of October, 2012, I caused a true and correct copy of the foregoing to be served upon the following party by placing in the United States Mail, postage prepaid, addressed as follows:

Justin Burton
6000 South Fashion Blvd.
Murray, Utah 84107

UFC 5380

2