# Record 1st

UPON RECORDING RETURN TO:

Bayview Loan Servicing
4425 Ponce de Leon Blvd., 5th Fl.
Coral Gables, Florida 33146
Attention: Collateral Department

PROPERTY ADDRESS:

4659 South State Street, Murray, UT
84107

REDACTED

```
9564745
11/28/2005 02:20 PM $14.00
Book - 9222 Pg - 4835-4837
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
BAYVIEW FINANCIAL
4425 PONCE DE LEON BLVD
CORAL GABLES FL 33146
BY: SBM, DEPUTY - MA 3 P.
```

## ASSIGNMENT OF DEED OF TRUST AND SECURITY AGREEMENT

Loan Amount: $150,500.00

FOR VALUE RECEIVED, the undersigned Padron Enterprises, Inc, a California Corp, D/B/A Metwest Commercial Lender ("Assignor"), with an address of 13191 Crossroads Parkway N #275, City Of Industry, CA 91746 hereby sells, assigns, transfers and conveys to:

Bayview Loan Servicing, LLC at 4425 Ponce De Leon, 5th Fl, Coral Gables, FL 33146

("Assignee")

Trustee: Preferred Title.

all of its rights, title, interest to a certain Document executed by Hossein Rezaian and Shahram Rezaian to Assignor dated February 25, 2005 and recorded in Instrument/Clerks File #9312 487  Official Records Book: 9100, Pg: 7811, recorded on: March 02, 2005, of the Public Records of Salt Lake County, Parish or Judicial District of the Commonwealth or State of UTAH with the legal description of:

Attached herewith as Exhibit "A".

IN WITNESS WHEREOF, Assignor has caused this instrument to be signed by its authorized officer, has fixed its seal hereto and has caused the same to be attested by its authorized officer on February 25, 2005.

ASSIGNOR:

Padron Enterprises, Inc, a California Corp, D/B/A
Metwest Commercial Lender
(Original Lender).

By: _____
Print Name: Marta Villegas
Title: C.O.O

[Corporate Seal: Padron Enterprises Inc.]

1

Prepared By: Giselle Hatchett
Bayview Financial, L. P.
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

00355139222

**EXHIBIT C**

ACKNOWLEDGMENT

STATE OF ~~UTAH~~ Florida )
 ) ss:
COUNTY OF Miami-Dade )

I, Judith Garcia, certify that Marita Villegas personally came before me this day and acknowledged that he/she is the COO of Padron Enterprises, Inc, a California Corp, D/B/A Metwest Commercial Lender, and that he/she, as _____, being authorized to do so, executed the foregoing on behalf of the entity.

Witness my hand and official seal, on February 25, 2005.

Notary Public, State of Utah

Print Name: Judith Garcia
My Commission Expires: 7/21/05

Judith Garcia
Commission # DD135834
Expires July 21, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

2

2049202

**EXHIBIT C**

## EXHIBIT "A"
### File No. 200501046

Commencing 903.54 feet East and 983.44 feet North from the Southwest corner of Section 6 Township 2 South, Range 1 East, Salt Lake Meridian, thence North 50 feet, thence East 150 feet, thence South 50 feet, thence West 150 feet to beginning.

Parcel Number: 22-06-353-006

EXHIBIT C

**Record 2nd**

UPON RECORDING RETURN TO:

Bayview Loan Servicing
4425 Ponce de Leon Blvd., 5th Fl.
Coral Gables, Florida 33146
Attention: Collateral Department

PROPERTY ADDRESS:

4659 South State Street, Murray, UT
84107

REDACTED

```
9564746
11/28/2005 02:20 PM $14.00
Book - 9222 Pg - 4838-4840
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
BAYVIEW FINANCIAL
4425 PONCE DE LEON BLVD
CORAL GABLES FL 33146
BY: SBM, DEPUTY - MA 3 P.
```

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

Loan Amount: $150,500.00.

FOR VALUE RECEIVED, the undersigned Padron Enterprises, Inc, a California Corp, D/B/A Metwest Commercial Lender ("Assignor"), with an address of 13191 Crossroads Parkway N #275, City Of Industry, CA 91746, hereby sells, assigns, transfers and conveys to:

Bayview Loan Servicing, LLC of 4425 Ponce De Leon, 5th FL
Coral Gables, FL 33146

("Assignee")

Trustee: Preferred Title.

all of its rights, title, interest to a certain Assignment of Leases and Rents executed by Hossein Rezaian and Shahram Rezaian, to Assignor dated February 25, 2005 and recorded in Instrument/Clerks File #9312488, Official Record Book/Libre 9100 Page 7842, recorded 03/04/05 of the Public Records of Salt Lake County, Parish or Judicial District of the Commonwealth or State of UTAH with the legal description attached herewith as Exhibit A.

IN WITNESS WHEREOF, Assignor has caused this instrument to be signed by its authorized officer, has fixed its seal hereto and has caused the same to be attested by its authorized officer on.
February 25, 2005

ASSIGNOR:
(Original Lender)
Padron Enterprises, Inc, a California Corp, D/B/A
Metwest Commercial Lender

By: _____
Print Name: Marta Villegas
Title: C.O.O.

[Corporate Seal: Padron Enterprises Inc.]

Prepared By: Giselle Hatchett
Bayview Financial, L. P.
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

00355139221

1

EXHIBIT C

ACKNOWLEDGMENT

STATE OF ~~UTAH~~ Florida        )
                                 ) ss:
COUNTY OF Miami-Dade             )

I, __Judith Garcia__, certify that __Marta Villegas__ personally came before me this day and acknowledged that he/she is the __CEO__ of Padron Enterprises, Inc, a California Corp, D/B/A Metwest Commercial Lender, and that he/she, as _____, being authorized to do so, executed the foregoing on behalf of the entity.

Witness my hand and official seal, on February 25, 2005.

Notary Public, State of Utah

Print Name: __Judith Garcia__

My Commission Expires: __7-21-2006__

Judith Garcia
Commission # DD135834
Expires July 21, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

2                                                                2049202

EXHIBIT C

**EXHIBIT "A"**
File No. 200501046

Commencing 903.54 feet East and 983.44 feet North from the Southwest corner of Section 6 Township 2 South, Range 1 East, Salt Lake Meridian, thence North 50 feet, thence East 150 feet, thence South 50 feet, thence West 150 feet to beginning.

Parcel Number: 22-06-353-006

**EXHIBIT C**