JESSE A. BAKER (UT BN 13418)
DAVID E. McALLISTER (UT BN 11824)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

JAMES H. WOODALL
10653 River Front Parkway, Suite 290
South Jordan, UT 94093
Telephone: (801) 254-9450
Facsimile: (801) 254-9451

Attorneys for  M&T BANK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH

| | |
|---|---|
| In re | Bankruptcy Case No. 12-31819 |
| HOSSEIN REZAIAN  AND AFAGH MOHAMMADREZA , | Chapter 13 |
| Debtor(s). | NOTICE OF ASSOCIATION OF COUNSEL AND PROOF OF SERVICE |
| SSN:   XXX-XX-5390<br>          XXX-XX-1738 | |

Please take notice that James H. Woodall, Esq., has associated into the above-captioned

matter as co-counsel for M&T BANK.

DATED:____November 13, 2012____          PITE DUNCAN, LLP


/s/ Jesse A. P. Baker
Attorneys for M&T BANK

DATED:____November 13, 2012____          /s/ JAMES H. WOODALL
JAMES H. WOODALL
Co-counsel for Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2012, copies of the Notice of Association of

Counsel were duly served by depositing the same in the United States mail, postage pre-paid, to the

following, as addressed:


Hossein Rezaian
Afagh Mohammadreza
14029 So. Candy Pull Drive
Draper, UT 84020

Justin O. Burton
Rulon T. Burton & Assoc.
6000 South Fashion Blvd.
Murray, UT 84107

Kevin R. Anderson
405 South Main Street
Suite 600
Salt Lake City, UT 84111

U.S. Trustee
Ken Garff Bldg.
405 South Main Street
Ste 300
Salt Lake City, UT 84111

Shabram Rezaian
4659 S State St,
Murray, Utah 84107


I declare under penalty of perjury that the foregoing is true and correct and that this

declaration was executed on November 13, 2012, at San Diego, California.


/s/ ARLEEN M. CAMPBELL