Kevin R. Anderson (4786)
Kellie K. Nielsen (11416)
Tami Gadd-Willardson (12517)
Laura J. Jones (13997)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| IN RE: | CASE NO: 12-31819 |
|---|---|
| HOSSEIN REZAIAN | |
| AFAGH MOHAMMADREZA | Chapter 13 |
| Debtors | JUDGE R. KIMBALL MOSIER |

**TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION**

KEVIN R. ANDERSON, Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. The following creditor objection(s) remain unresolved:  M&T Bank.

2. The must amend the budget to include any income and expenses associated with the rental property.

**Restatement of Outstanding Issues from Prior Objections:**

1.    The Debtor(s) failed to produce at the 341 Meeting statements from their financial account(s) for the period that covers the petition date (see FED. R. BANKR. P. 4002(b)(2)(A)).   The Debtors have not provided statements for all six bank accounts. Statements from the other four bank accounts are required.

2.    The Trustee objects to the Chapter 13 plan because the Debtors failed to comply with 11 U.S.C. § 1325(a)(9). Based upon the purchase dates, the secured claim of RC Willey qualifies for treatment under section 6(b) of the plan, as the "debt was incurred within the 1-year period" preceding the filing of this case.

3.    Schedule B fails to properly value the following property of the estate:  Galaxy Auto, Inc. value of $7,000.

    THEREFORE, the Trustee has an ongoing objection to the confirmation

DATED: November 14, 2012

          KRA /s/
          Kevin R. Anderson, Esq.
          Standing Chapter 13 Trustee

## CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on November 14, 2012:

JUSTIN O. BURTON, ECF NOTIFICATION