## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re: __Hossein Rezaian__

__Afagh Mohammadreza__

Debtor(s).

Case No. __12-31819__
Chapter __13__

Trustee: __Anderson__

### AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION: ___ REOPENING: Yes ___ No ___ CONVERSION (13 to 7): Yes ___ No _X_
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions <u>only</u>!

2. SCHEDULES: A___ B___ C___ D___ E___ F_X_ G___ H___ I___ J___
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing___ Adding___ ($30 amendment fee required for D, E, & F; OR ___ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: _X_
4. STATEMENT OF AFFAIRS: ___
5. AMENDED CHAPTER 13 PLAN: ___

> If you have amended schedules D, E, F by adding a creditor, you owe $30.00 amendment fee. Fee attached _X_
>
> If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached ___
> Reason no fee is attached ___

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> _[signature]_  12/17/12                    _[signature]_ M Reza 12-17-12
> Debtor           Date                         Debtor                Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes _X_ No ___

ATTORNEY FOR DEBTOR(S) _[signature]_

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

___ 341 Notice to creditors added by this amendment.
___ Discharge Notice to creditors added by this amendment.
___ Amended Chapter 13 Plan to all creditors.

12/18/12
DATED

_[signature]_
ATTORNEY FOR DEBTOR(S)

Rev 11/11

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Utah, Central Division

In re  Hossein Rezaian,
       Afagh Mohammadreza

Debtors,

Case No. 12-31819

Chapter 13

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 559,950.00 | | |
| B - Personal Property | Yes | 3 | 15,533.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 539,131.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 5,658.59 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 142,021.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 24,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 24,055.00 |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 575,483.00 | | |
| Total Liabilities | | | | 686,811.01 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah, Central Division

In re  Hossein Rezaian,
       Afagh Mohammadreza

Debtors

Case No. 12-31819

Chapter 13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 5,658.59 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 5,658.59 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 24,500.00 |
| Average Expenses (from Schedule J, Line 18) | 24,055.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,764.00 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 21,288.57 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 4,353.13 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1,305.46 |
| 4. Total from Schedule F | | 142,021.15 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 164,615.18 |

B6F (Official Form 6F) (12/07)

In re Hossein Rezaian,
Afagh Mohammadreza

Case No. 12-31819

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ...2006<br><br>American Express Blue Cash<br>PO Box 981535<br>El Paso, TX 79998-1535 | | J | Credit Card re Blue Cash/Galaxy Auto Sales | | | | 1,397.72 |
| Account No.<br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | | Representing:<br>American Express Blue Cash | | | | Notice Only |
| Account No. 3298<br><br>Target National Bank<br>Po BOX 660170<br>Dallas, TX 75266-0170 | | J | Credit Card | | | | 1,072.96 |
| Account No. 7802600<br><br>Bonded Coll. Corp.<br>CSBond01<br>PO Box 1022<br>Wixom, MI 48393 | | | Representing:<br>Target National Bank | | | | Notice Only |

1 continuation sheets attached

Subtotal
(Total of this page) 2,470.68

B6F (Official Form 6F) (12/07) - Cont.

In re   Hossein Rezaian,
        Afagh Mohammadreza

Case No. __12-31819__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8642<br><br>Wells Fargo<br>Bus. Direct Op.<br>PO Box 348750<br>Sacramento, CA 95834 | | J | Credit Card | | | | 1,168.47 |
| Account No.<br><br>Wells Fargo<br>PO box 54349<br>Los Angeles, CA 90054-0349 | | | Representing:<br>Wells Fargo | | | | Notice Only |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,168.47

Total (Report on Summary of Schedules)  3,639.15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Rozniah, Hussein
Mihammadreza, Afagh

Debtor(s).

Case No. 12-31819
Chapter 13
Trustee: KRA

AMENDED MATRIX
$30 Fee Required
____ IFP Waiver

File amended matrix with **ONLY** the amended creditors. File separate change of address form to change the debtor's address. Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7) ___ Yes _X_ No.

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added. A certificate of mailing should be filed with the Clerk's office (see below). **If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:**  Adding _X_  Correcting ___  Deleting ___
Please type the creditors' address(es) changes/additions below:

1) American Express
   PO Box 650448
   Dallas, TX 75265-0448

2) Target National Bank
   Po BOX 660170
   Dallas, TX 75266-0170

3) American Express Blue Cash
   PO Box 981535
   El Paso, TX 79998-1535

4) Wells Fargo
   Bus. Direct Op.
   PO Box 348750
   Sacramento, CA 95834

5) Bonded Coll. Corp.
   CSBond01
   PO Box 1022
   Wixom, MI 48393

6) Wells Fargo
   PO box 54349
   Los Angeles, CA 90054-0349

7)

8)

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows (please mark the appropriate line(s)):

_X_ 341 Notice   ___ Discharge Notice   ___ Plan/Amended Plan

12/18/12
DATE

ATTORNEY FOR DEBTOR(S)

Rev. 11/11