**Form 173**[Notice of Filing of Evidence of Transfer]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
    Hossein Rezaian and Afagh
    Mohammadreza
        Debtor(s).

Case No. 12−31819 RKM
Chapter 13

## NOTICE OF FILING OF EVIDENCE OF TRANSFER

The Court has received information stating the claim that you filed has been transferred as follows:

    Clerk's Notice of Filing Evidence of Transfer Re: Transferor: FIA Card Services, N.A.; Amount: $15,037.67. (mkz)

Pursuant to Fed. R. Bankr. P.3001 (e)(2), you have 21 days to file an objection to this transfer.

Dated: January 25, 2013

                                                    David A. Sime
                                                  Clerk of Court

United States Bankruptcy Court
District of Utah

In re:
Hossein Rezaian
Afagh Mohammadreza
    Debtors

Case No. 12-31819-RKM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1088-2      User: mkz      Page 1 of 2      Date Rcvd: Jan 25, 2013
                      Form ID: f173    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2013.
8515840      FIA CARD SERVICES, N.A.,  4161 Piedmont Parkway,  NC4 105 03 14,  Greensboro, NC 27410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2013**         **Signature:** _Joseph Speetjens_

```
District/off: 1088-2          User: mkz              Page 2 of 2              Date Rcvd: Jan 25, 2013
                              Form ID: f173          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2013 at the address(es) listed below:

```
              James H. Woodall    on behalf of Creditor   M&T Bank jwoodall@utahtrustee.com
              Jesse A.P. Baker    on behalf of Creditor   M&T Bank ecfutb@piteduncan.com,    jbaker@piteduncan.com
              Justin O. Burton    on behalf of Debtor Hossein Rezaian jeff@rulontburton.com,
               justin@rulontburton.com;ffej65@gmail.com
              Kevin R. Anderson tr    kanderson@ch13kra.com,    lneebling@ch13kra.com
              Mark S. Middlemas    on behalf of Creditor   JPMorgan Chase Bank, National Association
               ecfmaildistgroup@lundbergfirm.com,    lundbergBK@gmail.com,mark.middlemas@lundbergfirm.com
              Mark S. x4Middlemas    on behalf of Creditor   JPMorgan Chase Bank, National Association
               ecfmaildistgroup@lundbergfirm.com,    kent.plott@lundbergfirm.com;lundbergbk@gmail.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                               TOTAL: 7
```