Russell G. Evans (7192)
Justin O. Burton (6506)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.,
Murray, Utah 84107
(801) 288-0202

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**

| In Re: | Case No. 12-31819 RKM |
|---|---|
| Hossein Rezaian<br>ssn xxx-xx-5390<br>Afagh Mohammadreza<br>ssn xxx-xx-1738 | Chapter 13<br><br>(Filed Electronically) |
| Debtor(s) | |

**DECLARATION OF CLAIMS REVIEW**

Debtor(s), through Counsel hereby submit the Declaration of Claims Review as follows:

1. The claims bar date was January 17, 2013, the claims bar date for governmental units was March 13, 2013.

2. As of May 10, 2013, the debtor(s) and debtors Counsel have reviewed all claims filed and any necessary claim objections have been filed and noticed for hearing.

Dated this 10th day of May, 2013

_____
Justin O. Burton, of and for
Rulon T. Burton & Associates

**CERTIFICATE OF SERVICE**

Upon penalty of perjury, I hereby certify that on May 10, 2013, a true and correct copy of the **Declaration of Claims Review** was served via ECF upon the following parties:

Kevin R. Anderson                    U. S. Trustee
Standing Chapter 13 Trustee          via ECF
via ECF

_____
Mailing Clerk