OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| IN RE:<br>HOSSEIN REZAIAN<br>AFAGH MOHAMMADREZA<br><br>Debtors | CASE NO: 12-31819<br><br>Chapter 13    FILED ELECTRONICALLY<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

## TRUSTEE'S PRELIMINARY REPORT OF CLAIMS

The court confirmed the Debtor's plan on November 27, 2012, and the bar date for filing claims in this case has now expired. Debtor's counsel has taken action to resolve the outstanding claim issues, but the following matters are still pending even though it has been more than 120 days after the expiration of the governmental bar date to file claims:

1. The total amount of allowed claims has rendered the plan unfeasible, meaning that with the current payment, the plan will not be completed within sixty months of the petition date as required by 11 U.S. C. § 1322(d).

The Trustee estimates that it will take approximately 30 days to finally resolve these outstanding issues. If these issues are timely resolved, the Trustee will file the Report of Claims; if these issues are not timely resolved, the Trustee may take other action, including, filing a motion to dismiss.

Dated: 06/18/2013                                             KRA /S/
                                                                           KEVIN R. ANDERSON, CHAPTER 13 TRUSTEE

### CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Preliminary Report of Claims was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on 06/18/2013:

HOSSEIN REZAIAN and AFAGH MOHAMMADREZA, 14029 SO. CANDY PULL DRIVE, DRAPER, UT  84020

JUSTIN O. BURTON, ECF Notification

/s/ _____
Office of Chapter 13 Trustee

Printed by: Katherine