UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: *Rezaian, Hossein*     Case No. 12-31819
*Mohammadreza Afagh*     Chapter 13

Debtor(s).     Trustee: Kevin Anderson

## AMENDMENT DECLARATION

Please circle or underline amended material where appropriate
1. PETITION: [ ]  REOPENING: Yes [ ] No [ ]  CONVERSION (13 to 7): Yes [ ] No [ ]
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions **only**!

2. SCHEDULES: A [ ] B [ ] C [ ] D [ ] E [ ] F [ ] G [ ] H [ ] I [ ] J [X]
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing [ ] Adding [ ] ($30 amendment fee required for D, E, & F; OR [ ] IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: [ ]
4. STATEMENT OF AFFAIRS: [ ]
5. AMENDED CHAPTER 13 PLAN: [ ]

If you have amended schedules D, E, F by adding a creditor, you owe $30.00 amendment fee. Fee attached _____

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached [ ]
Reason no fee is attached _____

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

_[signature]_ 7/10/13     *Afagh M Reza* 7-10-13
Debtor    Date         Debtor    Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes [ ] No [ ]

_[signature]_
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

[ ] 341 Notice to creditors added by this amendment.
[ ] Discharge Notice to creditors added by this amendment.
[ ] Amended Chapter 13 Plan to all creditors.

_____          _____
DATED          ATTORNEY FOR DEBTOR(S)

Rev 11/11

B6J (Official Form 6J) (12/07)

In re  Hossein Rezaian
       Afagh Mohammadreza                                                    Case No. 12-31819
                                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,950.00 |
| a. Are real estate taxes included? Yes X  No ___ | |
| b. Is property insurance included? Yes X  No ___ | |
| 2. Utilities: a. Electricity and heating fuel | $ 268.00 |
| b. Water and sewer | $ 75.00 |
| c. Telephone | $ 85.00 |
| d. Other  See Detailed Expense Attachment | $ 315.00 |
| 3. Home maintenance (repairs and upkeep) | $ 73.00 |
| 4. Food | $ 350.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 125.00 |
| 8. Transportation (not including car payments) | $ 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 75.00 |
| 10. Charitable contributions | $ 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 0.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 20,187.00 |
| 17. Other | $ 0.00 |
| Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 23,978.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 24,500.00 |
| b. Average monthly expenses from Line 18 above | $ 23,978.00 |
| c. Monthly net income (a. minus b.) | $ 522.00 |

B6J (Official Form 6J) (12/07)

In re Hossein Rezaian
Afagh Mohammadreza
Debtor(s)

Case No. 12-31819

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| Cable | $ 60.00 |
| Internet | $ 60.00 |
| Cell Phones 3 phones | $ 195.00 |
| **Total Other Utility Expenditures** | $ 315.00 |