**The below described is SIGNED.**



**Dated: July 10, 2013**



_____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge

---

Kevin R. Anderson (4786)
STANDING CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>HOSSEIN REZAIAN<br>AFAGH MOHAMMADREZA<br><br>Debtors | CASE NO: 12-31819<br><br>Chapter 13   FILED ELECTRONICALLY<br><br>JUDGE R. KIMBALL MOSIER |

### STIPULATED ORDER TO INCREASE PLAN PAYMENTS

Based on the stipulation between Kevin R. Anderson, Standing Chapter 13 Trustee for the above captioned case, and the Debtors, by and through counsel JUSTIN O. BURTON, it is hereby ORDERED that the Debtors shall increase the monthly plan payment from $445.00 per month to $522.00 per month commencing with the payment that comes due on June 25, 2013.

APPROVAL AS TO FORM

KRA /S/
_____
Kevin R. Anderson, Esq.
Office of Standing Chapter 13 Trustee

_____
JUSTIN O. BURTON
Attorney for the Debtors

**END OF DOCUMENT**