OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>HOSSEIN REZAIAN<br>AFAGH MOHAMMADREZA<br><br>Debtors | CASE NO: 12-31819<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

### TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on November 27, 2012, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved. As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed. If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court. Attached hereto as Exhibit A is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

*ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE TREATMENT DESCRIBED IN EXHIBIT A*

On or before August 29, 2013, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee. On or before August 29, 2013, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing. If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Note: The following claims have Step Payments:

Claim No. 11 RC WILLEY FINANCIAL SERVICES

| | | |
|---|---|---|
| 10/01/2012 | 07/31/2013 | $40.00 |
| 08/01/2013 | 12/31/9999 | $147.00 |

## Exhibit "A"

Debtor(s): HOSSEIN REZAIAN and AFAGH MOHAMMADREZA
14029 SO. CANDY PULL DRIVE, DRAPER, UT  84020

Case No: 12-31819
Bar Date: 1/17/13

| Court Claim No. | Creditor Name and Address | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 14 | **American Express Bank FSB**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | UNSECURED<br>CC<br>1001<br>*Funds will be DISBURSED* | $2,380.34 | $0.00 | Pro Rata | 0.00 |
| 6 | **AZUREA I, LLC**<br>C/O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | UNSECURED<br>CREDIT CHARGE<br>9278/4382<br>*Funds will be DISBURSED* | $15,037.67 | $0.00 | Pro Rata | 0.00 |
| 2 | **INTERNAL REVENUE SERVICE**<br>ECF NOTIFICATION | PRIORITY (NO unsecd. interest)<br>ASSESSED PRI TAX<br>5390<br>*Funds will be DISBURSED* | $1,230.63 | $0.00 | Pro Rata | 0.00 |
| 2 | **INTERNAL REVENUE SERVICE**<br>ECF NOTIFICATION | UNSECURED<br>UNSEC TAX<br>5390<br>*Funds will be DISBURSED* | $833.24 | $0.00 | Pro Rata | 0.00 |
| 16 | **JP MORGAN CHASE BANK**<br>PO BOX 24785<br>COLUMBUS, OH  43224-0785 | DIRECT PAYMENT OUTSIDE<br>2ND MORTGAGE/NO ARRS<br>1551<br>*No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 15 | **JPMORGAN CHASE BANK, NA**<br>3415 VISION DRIVE<br>MAIL CODE: OH4-7142<br>COLUMBUS, OH  43219 | DEFAULT ARREARAGE (PROI<br>1ST MORTGAGE/P=PRO RAT,<br>7717<br>*Funds will be DISBURSED* | $2,371.35 | $2,371.35 | Pro Rata | 0.00 |
| | **JUSTIN O. BURTON**<br>ECF NOTIFICATION | ATTORNEY FEE<br><br>*Funds will be DISBURSED* | $2,750.00 | $0.00 | Pro Rata | 0.00 |
| 21 | **M&T BANK**<br>PO BOX 840<br>BUFFALO, NY  14240 | DEFAULT ARREARAGE (PROI<br>COMMERCIAL BUILDING/P=I<br>5234<br>*Funds will be DISBURSED* | $3,306.89 | $3,306.89 | Pro Rata | 0.00 |
| 24 | **MAIN STREET ACQUISITION CORP**<br>BECKET AND LEE LLP<br>ATTORNEYS/AGENT FOR CREDITOR<br>PO BOX 3001 | UNSECURED<br>CHASE BANK<br>5899<br>*Funds will be DISBURSED* | $4,104.03 | $0.00 | Pro Rata | 0.00 |
| 13-3 | **MARK E. MEDCALF #5404**<br>160 EAST 300 SOUTH, FIFTH FLOOR<br>PO BOX 140857<br>SALT LAKE CITY, UT  84114-0857 | PRIORITY (NO unsecd. interest)<br>FINE OF A GOVERMENTAL A<br>UFC 5380<br>*Funds will be DISBURSED* | $2,413.46 | $0.00 | Pro Rata | 0.00 |

| # | Creditor | Type | Claim | Paid | Status | % |
|---|---|---|---|---|---|---|
| 7 | **NCO FINANCIAL SYSTEMS INC**<br>PO BOX 4275<br>NORCROSS, GA  30091 | UNSECURED<br>MACY'S<br>8246<br>*Funds will be DISBURSED* | $824.02 | $0.00 | Pro Rata | 0.00 |
| 20 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CHASE BANK<br>6698<br>*Funds will be DISBURSED* | $4,827.50 | $0.00 | Pro Rata | 0.00 |
| 19 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CREDIT CARD<br>5981<br>*Funds will be DISBURSED* | $18,274.92 | $0.00 | Pro Rata | 0.00 |
| 17 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CHASE BANK USA NA<br>8546<br>*Funds will be DISBURSED* | $3,161.38 | $0.00 | Pro Rata | 0.00 |
| 18 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CHASE BANK USA NA<br>9510<br>*Funds will be DISBURSED* | $8,298.38 | $0.00 | Pro Rata | 0.00 |
| 23 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CREDIT CARD<br>6590<br>*Funds will be DISBURSED* | $2,789.63 | $0.00 | Pro Rata | 0.00 |
| 22 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>DILLARDS<br>0440<br>*Funds will be DISBURSED* | $6,385.14 | $0.00 | Pro Rata | 0.00 |
| 11 | **RC WILLEY FINANCIAL SERVICES**<br>ATTN BANKRUPTCY DEPT.<br>PO BOX 65320<br>SALT LAKE CITY, UT  84165-0320 | SECURED (PERMO Level 17)<br>GOODS SOLD/365 CLAIM@6%<br>8963<br>*Funds will be DISBURSED* | $5,333.57 | $5,333.57 | $40.00 | 6.00 |
| 26 | **TD BANK USA**<br>C/O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | UNSECURED<br>LATE FILED CLAIM/ CREDIT<br>9790<br>*No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 8 | **UTAH STATE TAX COMMISSION**<br>ECF NOTIFICATION | PRIORITY (NO unsecd. interest)<br>ASSESSED PRI TAX<br>5390<br>*Funds will be DISBURSED* | $2,120.91 | $0.00 | Pro Rata | 0.00 |
| 8 | **UTAH STATE TAX COMMISSION**<br>ECF NOTIFICATION | UNSECURED<br>ASSESSED UNSEC TAX<br>5390<br>*Funds will be DISBURSED* | $46.40 | $0.00 | Pro Rata | 0.00 |
| 3 | **WELLS FARGO BANK NA**<br>BUSINESS DIRECT DIVISION<br>PO BOX 29482<br>PHOENIX, AZ  85038 | UNSECURED<br>MONEY LOANED<br>8634<br>*Funds will be DISBURSED* | $7,372.44 | $0.00 | Pro Rata | 0.00 |
| 25 | **WELLS FARGO BANK NA**<br>PO BOX 63491 MAC A143-042<br>SAN FRANSISCO, CA  94163 | UNSECURED<br>CHARGED OFF DEMAND DEP<br>5390<br>*Funds will be DISBURSED* | $719.13 | $0.00 | Pro Rata | 0.00 |
| 4 | **Wells Fargo Bank, N.A.**<br>Business Direct Division | UNSECURED<br>MONEY LOANED<br>8642 | $1,093.18 | $0.00 | Pro Rata | 0.00 |

*Case No: 1231819*
*Trustee's Report of Claims*          *Page: 3*

| | | | | | | |
|---|---|---|---|---|---|---|
| | P.O. Box 29482<br>Phoenix, AZ  85038-8650 | *Funds will be DISBURSED* | | | | |
| 9 | **Wells Fargo Bank, N.A.**<br>P.O. Box 10438<br>Des Moines Iowa,  50306 | UNSECURED<br>WITHDRAWN******MONEY<br>165389110<br>*No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 5 | **Wells Fargo Business D**<br>Po Box 29482<br>Phoenix, AZ  85038 | UNSECURED<br>MONEY LOANED<br>9176<br>*Funds will be DISBURSED* | $42,273.73 | $0.00 | Pro Rata | 0.00 |
| 1 | **WELLS FARGO CARD SERVICES**<br>PO BOX 9210<br>DES MOINES, IA  50306 | UNSECURED<br>REVOLVING CREDIT CARD<br>1694<br>*Funds will be DISBURSED* | $6,227.08 | $0.00 | Pro Rata | 0.00 |
| 10 | **WELLS FARGO CARD SERVICES**<br>PO BOX 9210<br>DES MOINES, IA  50306 | UNSECURED<br>REVOLVING CREDIT CARD<br>8591<br>*Funds will be DISBURSED* | $9,509.66 | $0.00 | Pro Rata | 0.00 |
| 12 | **WELLS FARGO SERVICING CENTER**<br>MAC Q2132-013<br>PO BOX 94423<br>ALBUQUERQUE, NM  87199-9833 | UNSECURED<br>MONEY LOANED<br>0752<br>*Funds will be DISBURSED* | $10,481.56 | $0.00 | Pro Rata | 0.00 |