OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| IN RE:<br>HOSSEIN REZAIAN<br>AFAGH MOHAMMADREZA<br><br>Debtors | CASE NO: 12-31819<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

**TRUSTEE'S REPORT OF CLAIMS**

The court confirmed the Debtor's plan on November 27, 2012, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved.  As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed.  If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court.  Attached hereto as Exhibit A is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

*ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE TREATMENT DESCRIBED IN EXHIBIT A*

On or before August 29, 2013, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee.  On or before August 29, 2013, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing.  If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Note: The following claims have Step Payments:
Claim No. 11 RC WILLEY FINANCIAL SERVICES

| 10/01/2012 | 07/31/2013 | $40.00 |
| 08/01/2013 | 12/31/9999 | $147.00 |

## Exhibit "A"

Debtor(s): HOSSEIN REZAIAN and AFAGH MOHAMMADREZA  
14029 SO. CANDY PULL DRIVE, DRAPER, UT 84020

Case No: 12-31819  
Bar Date: 1/17/13

| Court Claim No. | Creditor Name and Address | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 14 | **American Express Bank FSB**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | UNSECURED<br>CC<br>1001<br>*Funds will be DISBURSED* | $2,380.34 | $0.00 | Pro Rata | 0.00 |
| 6 | **AZUREA I, LLC**<br>C/O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | UNSECURED<br>CREDIT CHARGE<br>9278/4382<br>*Funds will be DISBURSED* | $15,037.67 | $0.00 | Pro Rata | 0.00 |
| 2 | **INTERNAL REVENUE SERVICE**<br>ECF NOTIFICATION | PRIORITY (NO unsecd. interest)<br>ASSESSED PRI TAX<br>5390<br>*Funds will be DISBURSED* | $1,230.63 | $0.00 | Pro Rata | 0.00 |
| 2 | **INTERNAL REVENUE SERVICE**<br>ECF NOTIFICATION | UNSECURED<br>UNSEC TAX<br>5390<br>*Funds will be DISBURSED* | $833.24 | $0.00 | Pro Rata | 0.00 |
| 16 | **JP MORGAN CHASE BANK**<br>PO BOX 24785<br>COLUMBUS, OH 43224-0785 | DIRECT PAYMENT OUTSIDE<br>2ND MORTGAGE/NO ARRS<br>1551<br>*No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 15 | **JPMORGAN CHASE BANK, NA**<br>3415 VISION DRIVE<br>MAIL CODE: OH4-7142<br>COLUMBUS, OH 43219 | DEFAULT ARREARAGE (PROI<br>1ST MORTGAGE/P=PRO RAT,<br>7717<br>*Funds will be DISBURSED* | $2,371.35 | $2,371.35 | Pro Rata | 0.00 |
|  | **JUSTIN O. BURTON**<br>ECF NOTIFICATION | ATTORNEY FEE<br><br>*Funds will be DISBURSED* | $2,750.00 | $0.00 | Pro Rata | 0.00 |
| 21 | **M&T BANK**<br>PO BOX 840<br>BUFFALO, NY 14240 | DEFAULT ARREARAGE (PROI<br>COMMERCIAL BUILDING/P=l<br>5234<br>*Funds will be DISBURSED* | $3,306.89 | $3,306.89 | Pro Rata | 0.00 |
| 24 | **MAIN STREET ACQUISITION CORP**<br>BECKET AND LEE LLP<br>ATTORNEYS/AGENT FOR CREDITOR<br>PO BOX 3001 | UNSECURED<br>CHASE BANK<br>5899<br>*Funds will be DISBURSED* | $4,104.03 | $0.00 | Pro Rata | 0.00 |
| 13-3 | **MARK E. MEDCALF #5404**<br>160 EAST 300 SOUTH, FIFTH FLOOR<br>PO BOX 140857<br>SALT LAKE CITY, UT 84114-0857 | PRIORITY (NO unsecd. interest)<br>FINE OF A GOVERMENTAL A<br>UFC 5380<br>*Funds will be DISBURSED* | $2,413.46 | $0.00 | Pro Rata | 0.00 |

Case No: 1231819  
Trustee's Report of Claims                Page: 2

| # | Creditor | Claim Type / Description | Amount | Paid | Status | Rate |
|---|---|---|---|---|---|---|
| 7 | **NCO FINANCIAL SYSTEMS INC**<br>PO BOX 4275<br>NORCROSS, GA  30091 | UNSECURED<br>MACY'S<br>8246<br>*Funds will be DISBURSED* | $824.02 | $0.00 | Pro Rata | 0.00 |
| 20 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CHASE BANK<br>6698<br>*Funds will be DISBURSED* | $4,827.50 | $0.00 | Pro Rata | 0.00 |
| 19 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CREDIT CARD<br>5981<br>*Funds will be DISBURSED* | $18,274.92 | $0.00 | Pro Rata | 0.00 |
| 17 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CHASE BANK USA NA<br>8546<br>*Funds will be DISBURSED* | $3,161.38 | $0.00 | Pro Rata | 0.00 |
| 18 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CHASE BANK USA NA<br>9510<br>*Funds will be DISBURSED* | $8,298.38 | $0.00 | Pro Rata | 0.00 |
| 23 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CREDIT CARD<br>6590<br>*Funds will be DISBURSED* | $2,789.63 | $0.00 | Pro Rata | 0.00 |
| 22 | **PORTFOLIO RECOVERY ASSOCIA**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>DILLARDS<br>0440<br>*Funds will be DISBURSED* | $6,385.14 | $0.00 | Pro Rata | 0.00 |
| 11 | **RC WILLEY FINANCIAL SERVICES**<br>ATTN BANKRUPTCY DEPT.<br>PO BOX 65320<br>SALT LAKE CITY, UT  84165-0320 | SECURED (PERMO Level 17)<br>GOODS SOLD/365 CLAIM@6%<br>8963<br>*Funds will be DISBURSED* | $5,333.57 | $5,333.57 | $40.00 | 6.00 |
| 26 | **TD BANK USA**<br>C/O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | UNSECURED<br>LATE FILED CLAIM/ CREDIT<br>9790<br>*No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 8 | **UTAH STATE TAX COMMISSION**<br>ECF NOTIFICATION | PRIORITY (NO unsecd. interest)<br>ASSESSED PRI TAX<br>5390<br>*Funds will be DISBURSED* | $2,120.91 | $0.00 | Pro Rata | 0.00 |
| 8 | **UTAH STATE TAX COMMISSION**<br>ECF NOTIFICATION | UNSECURED<br>ASSESSED UNSEC TAX<br>5390<br>*Funds will be DISBURSED* | $46.40 | $0.00 | Pro Rata | 0.00 |
| 3 | **WELLS FARGO BANK NA**<br>BUSINESS DIRECT DIVISION<br>PO BOX 29482<br>PHOENIX, AZ  85038 | UNSECURED<br>MONEY LOANED<br>8634<br>*Funds will be DISBURSED* | $7,372.44 | $0.00 | Pro Rata | 0.00 |
| 25 | **WELLS FARGO BANK NA**<br>PO BOX 63491 MAC A143-042<br>SAN FRANSISCO, CA  94163 | UNSECURED<br>CHARGED OFF DEMAND DEP<br>5390<br>*Funds will be DISBURSED* | $719.13 | $0.00 | Pro Rata | 0.00 |
| 4 | **Wells Fargo Bank, N.A.**<br>Business Direct Division | UNSECURED<br>MONEY LOANED<br>8642 | $1,093.18 | $0.00 | Pro Rata | 0.00 |

*Case No: 1231819*
*Trustee's Report of Claims*                                        *Page: 3*

| | | | | | | |
|---|---|---|---|---|---|---|
| | P.O. Box 29482
Phoenix, AZ 85038-8650 | *Funds will be DISBURSED* | | | | |
| 9 | **Wells Fargo Bank, N.A.**
P.O. Box 10438
Des Moines Iowa, 50306 | UNSECURED
WITHDRAWN******MONEY
165389110
*No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 5 | **Wells Fargo Business D**
Po Box 29482
Phoenix, AZ 85038 | UNSECURED
MONEY LOANED
9176
*Funds will be DISBURSED* | $42,273.73 | $0.00 | Pro Rata | 0.00 |
| 1 | **WELLS FARGO CARD SERVICES**
PO BOX 9210
DES MOINES, IA 50306 | UNSECURED
REVOLVING CREDIT CARD
1694
*Funds will be DISBURSED* | $6,227.08 | $0.00 | Pro Rata | 0.00 |
| 10 | **WELLS FARGO CARD SERVICES**
PO BOX 9210
DES MOINES, IA 50306 | UNSECURED
REVOLVING CREDIT CARD
8591
*Funds will be DISBURSED* | $9,509.66 | $0.00 | Pro Rata | 0.00 |
| 12 | **WELLS FARGO SERVICING CENTER**
MAC Q2132-013
PO BOX 94423
ALBUQUERQUE, NM 87199-9833 | UNSECURED
MONEY LOANED
0752
*Funds will be DISBURSED* | $10,481.56 | $0.00 | Pro Rata | 0.00 |

```
                           United States Bankruptcy Court
                                   District of Utah
In re:                                                       Case No. 12-31819-RKM
Hossein Rezaian
Afagh Mohammadreza                                           Chapter 13
      Debtors
                               CERTIFICATE OF NOTICE
District/off: 1088-2          User: mtm                   Page 1 of 3       Date Rcvd: Jul 23, 2013
                              Form ID: pdftrc             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2013.
db/jdb     +Hossein Rezaian,    Afagh Mohammadreza,    14029 So. Candy Pull Drive,    Draper, UT 84020-7512
aty        +Mark E. Medcalf,    160 East 300 South, Fifth Floor,    P.O. Box 140857,
             Salt Lake City, UT 84114-0857
8496261     American Express,    PO Box 297804,    Fort Lauderdale, FL 33329-7804
8632760     American Express,    PO Box 650448,    Dallas TX 75265-0448
8571551     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8632761     American Express Blue Cash,    PO Box 981535,    El Paso TX 79998-1535
8496263     Bank of America,    PO Box 5170,   Simi Valley, CA 93062-5170
8632762    +Bonded Collection Corp.,    CS Bond 01,    PO Box 1022,   Wixom MI 48393-1022
8496265     Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
8496264     Chase cardmember Services,    PO Box 94014,    Palatine, IL 60094-4014
8496266     Comcast,   1350 Miller Avenue,    SLC, UT 84106-3092
8522323    +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
             Mason, OH 45040-8053
8496268     Dillard's National Bank,    PO Box 52051,    Phoenix, AZ 85072-2051
8515840     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
8496269    +Integra Telcom,    265 E. 100 So. Suite 200,    Salt Lake City, UT 84111-1739
8549152    +JPMorgan Chase Bank, N.A.,    c/o Chase Records Center,    Attn: Correspondence Mail,
             700 Kansas Lane,    Monroe, LA 71203-4774
8496271    +Johnson Mark LLC,    PO Box 7811,   Sandy, UT 84091-7811
8496272     M & T Bank Commercial Loans,    PO Box 1302,    Buffalo, NY 14240-1302
8544118    +M&T BANK,   c/o PITE DUNCAN, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
             San Diego, CA 92177-7921
8496273    +Macy's,   PO Box 8053,   Mason, OH 45040-8053
8661780     Main Street Acquisition Corp assignee of CHASE,    BANK USA N A,    c/o Becket and Lee LLP,
             POB 3001,   Malvern PA 19355-0701
8496274    +NCB Management Services, Inc.,    PO Box 1099,   Langhorne, PA 19047-6099
8496275    +PNC Mortgage,    PO Box 1820,   Dayton, OH 45401-1820
8643124    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
             Norfolk VA 23541)
8496276     RC Willey Home Furnishings,    PO Box 410429,   Salt Lake City, UT 84141-0429
8496277    +Shahram Rezaian,    14029 So. Candy Pull Drive,    Draper, UT 84020-7512
8632763     Target National Bank,    PO Box 660170,    Dallas TX 75266-0170
8561178    +Utah Labor Commission,    Mark E. Medcalf #5404,    160 East 300 South, Fifth Floor,
             PO Box 140857,    Salt Lake City, UT 84114-0857
8632765     Wells Fargo,   PO Box 54349,    Los Angeles CA 90054-0349
8632764    +Wells Fargo,    Business Direct Op,    PO Box 348750,   Sacramento CA 95834-8750
8496279    +Wells Fargo,    ATTN: Recovery Dept,    PO BOX 5058,   Sioux Falls, SD 57117
8662556    +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, Ca 94163-0001
8525304    +Wells Fargo Bank, N.A.,    P.O. Box 10438,   Des Moines, Iowa 50306-0438
8514516    +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,   Phoenix, AZ 85038-9482
8504852    +Wells Fargo Card Services,    1 Home Campus,   3rd Floor,   Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8496262      E-mail/Text: bankruptcy@autofinance.com Jul 24 2013 00:55:15     Auto Finance Corporation,
             13085 Hamilton Crossing Blvd., Suite 300,    Carmel, IN 46032
8674378     +E-mail/Text: bncmail@w-legal.com Jul 24 2013 00:55:36     Azurea I, LLC,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
8496267     +E-mail/Text: bankruptcy@discoverdsc.com Jul 24 2013 00:55:09     Dealer Services Corporation,
             1320 City Center Drive, Suite 100,    Carmel, IN 46032-3816
8512380      E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2013 00:58:27     GE Capital Retail Bank,
             Care of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
8496270     +E-mail/Text: cio.bncmail@irs.gov Jul 24 2013 00:54:18     IRS,
             Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
8867923     +E-mail/Text: bncmail@w-legal.com Jul 24 2013 00:55:30     TD BANK USA, N.A.,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
8496278      E-mail/Text: TXBANKRUPT@UTAH.GOV Jul 24 2013 00:55:09     USTC,   Attn: Bankruptcy Unit,
             210 North 1950 West,    Salt Lake City, UT 84134-7040
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              RC Willey Financial Services
8553570*       +Wells Fargo Bank, N.A.,   P.O. Box 10438,   Des Moines, Iowa 50306-0438
8527764*       +Wells Fargo Card Services,   1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 1088-2           User: mtm                    Page 2 of 3                    Date Rcvd: Jul 23, 2013
                               Form ID: pdftrc              Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2013**              **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1088-2           User: mtm                   Page 3 of 3                   Date Rcvd: Jul 23, 2013
                               Form ID: pdftrc             Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2013 at the address(es) listed below:

```
              James H. Woodall    on behalf of Creditor    M&T Bank jwoodall@utahtrustee.com
              Jesse A.P. Baker    on behalf of Creditor    M&T Bank ecfutb@piteduncan.com,    jbaker@piteduncan.com
              Justin O. Burton    on behalf of Joint Debtor Afagh  Mohammadreza jeff@rulontburton.com,
               justin@rulontburton.com;ffej65@gmail.com
              Justin O. Burton    on behalf of Debtor Hossein  Rezaian jeff@rulontburton.com,
               justin@rulontburton.com;ffej65@gmail.com
              Kevin R. Anderson tr    kanderson@ch13kra.com, lneebling@ch13kra.com
              Mark S. Middlemas    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmaildistgroup@lundbergfirm.com,    lundbergBK@gmail.com,mark.middlemas@lundbergfirm.com
              Mark S. x4Middlemas    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmaildistgroup@lundbergfirm.com,    kent.plott@lundbergfirm.com;lundbergbk@gmail.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 8
```