Recording Requested By:
BAYVIEW LOAN SERVICING, LLC

When Recorded Return To:

RAMONA CAREAGA
BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD
SUITE 500
CORAL GABLES, FL 33146

---

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Salt Lake, Utah
**SELLER'S SERVICING #**Redacted        "REZAIAN"

Date of Assignment: November 7th, 2012
Assignor: BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES,
Assignee: M & T BANK at 1100 WEHRLE DR., AMHERST, NY 14221

Executed By: HOSSEIN REZAIAN AND SHAHRAM REZAIAN To: PADRON ENTERPRISES, INC. A CALIFORNIA CORPORATION DBA METWEST COMMERCIAL LENDER
Date of Deed of Trust: 02/25/2005 Recorded: 03/02/2005 in Book/Reel/Liber: 9100 Page/Folio: 7811 as Instrument No.: 9312487 In the County of Salt Lake, State of Utah.

Assessor's/Tax ID No. 22-06-353-006

Property Address: 4659 SOUTH STATE STREET, MURRAY, UT 84107

Legal: See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

    KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $150,500.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

    TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

  BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY
On November 7th, 2012

By: _____
ROBERT G. HALL, Vice-President

# Exhibit C

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Florida
COUNTY OF Miami-Dade

On November 7th, 2012, before me, ANISSA HICKERSON, a Notary Public in and for Miami-Dade in the State of Florida, personally appeared ROBERT G. HALL, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

ANISSA HICKERSON
Notary Expires: 11/14/2014  #EE 34649

ANISSA HICKERSON
Notary Public - State of Florida
My Comm. Expires Nov 14, 2014
Commission # EE 34649
Bonded Through National Notary Assn.

(This area for notarial seal)

*MR*MRBAYV*11/07/2012 10:26:43 AM* BAYV01BAYVA000X

[STATE_TRUST_ASSIGN_ASSN **MRBAYV*

Exhibit C

Redacted

## EXHIBIT "A"

Commencing 903.54 feet East and 983.44 feet North from the Southwest corner of Section 6 Township 2 South, Range 1 East, Salt Lake Meridian, thence North 50 feet, thence East 150 feet, thence South 50 feet, thence West 150 feet to beginning.

Parcel Number: 22-06-353-006

Exhibit C

Record 1st

9564745
11/28/2005 02:20 PM $14.00
Book - 9222 Pg - 4835-4837
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
BAYVIEW FINANCIAL
4425 PONCE DE LEON BLVD
CORAL GABLES FL 33146
BY: SBM, DEPUTY - MA 3 P.

UPON RECORDING RETURN TO:

Bayview Loan Servicing
4425 Ponce de Leon Blvd., 5th Fl.
Coral Gables, Florida 33146
Attention: Collateral Department

PROPERTY ADDRESS:

4659 South State Street, Murray, UT
84107

REDACTED

## ASSIGNMENT OF DEED OF TRUST AND SECURITY AGREEMENT

Loan Amount: $150,500.00

FOR VALUE RECEIVED, the undersigned Padron Enterprises,Inc.a California Corp, D/B/A Metwest Commercial Lender ("Assignor"), with an address of 13191 Crossroads Parkway N #275, City Of Industry, CA 91746 hereby sells, assigns, transfers and conveys to:

4425 Ponce De Leon, 5th Fl.
Bayview Loan Servicing, LLC at Coral Gables, FL 33146

("Assignee")

Trustee: Preferred Title.

all of its rights, title, interest to a certain Document executed by Hossein Rezaian and Shahram Rezaian to Assignor dated February 25, 2005 and recorded in Instrument/Clerks File # 9312 4837 Official Records Book:9100, Pg.7811, reorded on: March 02, 2005, of the Public Records of Salt Lake County, Parish or Judicial District of the Commonwealth or State of UTAH with the legal description of:
Attached herewith as Exhibit "A".

IN WITNESS WHEREOF, Assignor has caused this instrument to be signed by its authorized officer, has fixed its seal hereto and has caused the same to be attested by its authorized officer on February 25, 2005.

ASSIGNOR:

Padron Enterprises,Inc.a California Corp, D/B/A
Metwest Commercial Lender
(Original Lender).

By: _____

Print Name: Marta Villegas

Title: C.O.O

(Corporate Seal: Padron Enterprises Inc / CORPORATE SEAL)

1

Prepared By: Giselle Hatchett
Bayview Financial, L. P.
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

Exhibit C

Exhibit C

ACKNOWLEDGMENT

STATE OF ~~UTAH~~ Florida                    )
                                             ) ss:
COUNTY OF _Miami-Dade_                       )

I, _Judith Garcia_, certify that _Marta Villegas_ personally came before me this day and acknowledged that he/she is the _COO_ of Padron Enterprises,Inc,a California Corp, D/B/A Metwest Commercial Lender, and that he/she, as _____, being authorized to do so, executed the foregoing on behalf of the entity.

Witness my hand and official seal, on February 25, 2005.

Notary Public, State of Utah

Print Name: _Judith Garcia_
My Commission Expires: _7/21/05_

Judith Garcia
Commission # DD135834
Expires July 21, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

2

**Exhibit C**

## EXHIBIT "A"

Commencing 903.54 feet East and 983.44 feet North from the Southwest corner of
Section 6 Township 2 South, Range 1 East, Salt Lake Meridian, thence North 50 feet,
thence East 150 feet, thence South 50 feet, thence West 150 feet to beginning.

Parcel Number: 22-06-353-006

Exhibit C

Record 2nd

UPON RECORDING RETURN TO:

Bayview Loan Servicing
4425 Ponce de Leon Blvd., 5th Fl.
Coral Gables, Florida 33146
Attention: Collateral Department

PROPERTY ADDRESS:

4659 South State Street, Murray, UT
84107

REDACTED

9564746
11/28/2005 02:20 PM $14.00
Book - 9222 Pg - 4838-4840
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
BAYVIEW FINANCIAL
4425 PONCE DE LEON BLVD
CORAL GABLES FL 33146
BY: SBM, DEPUTY - MA 3 P.

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

Loan Amount: $150,500.00.

FOR VALUE RECEIVED, the undersigned Padron Enterprises,Inc,a California Corp, D/B/A Metwest Commercial Lender ("Assignor"), with an address of 13191 Crossroads Parkway N #275, City Of Industry, CA 91746, hereby sells, assigns, transfers and conveys to:

Bayview Loan Servicing, LLC    of    4425 Ponce De Leon, 5th FL
Coral Gables, FL 33146

("Assignee")

Trustee: Preferred Title.

all of its rights, title, interest to a certain Assignment of Leases and Rents executed by Hossein Rezaian and Shahram Rezaian, to Assignor dated February 25, 2005 and recorded in Instrument/Clerks File #9312488,   Official Record Book/Libre 9100 Page 7842, recorded 03/02/05 of the Public Records of Salt Lake County, Parish or Judicial District of the Commonwealth or State of UTAH with the legal description attached herewith as Exhibit A.

IN WITNESS WHEREOF, Assignor has caused this instrument to be signed by its authorized officer, has fixed its seal hereto and has caused the same to be attested by its authorized officer on. February 25, 2005

CORPORATE
Padron
Enterprises
Inc.
SEAL

ASSIGNOR:
(Original Lender)
Padron Enterprises,Inc,a California Corp, D/B/A Metwest Commercial Lender

By: _____
Print Name: Marta Villegas
Title: C.O.O.

Prepared By: Giselle Hatchett
Bayview Financial, L. P.
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

1

Exhibit C

Exhibit C

ACKNOWLEDGMENT

STATE ~~OF UTAH~~ Florida    )
    ) ss:
COUNTY OF Miami-Dade    )

I, Judith Garcia, certify that Marta Villegas personally came before me this day and acknowledged that he/she is the C.E.O of Padron Enterprises,Inc,a California Corp, D/B/A Metwest Commercial Lender, and that he/she, as _____, being authorized to do so, executed the foregoing on behalf of the entity.

Witness my hand and official seal, on February 25, 2005.

Notary Public, State of Utah

Print Name: Judith Garcia
My Commission Expires: 7-21-2008

Judith Garcia
Commission # DD135834
Expires July 21, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

2

**Exhibit C**

## EXHIBIT "A"

Commencing 903.54 feet East and 983.44 feet North from the Southwest corner of Section 6 Township 2 South, Range 1 East, Salt Lake Meridian, thence North 50 feet, thence East 150 feet, thence South 50 feet, thence West 150 feet to beginning.

Parcel Number: 22-06-353-006

Exhibit C