Jesse A. P. Baker (BN 13418)
jbaker@piteduncan.com
Arnold L. Graff (BN 13527)
agraff@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for *Movant*
M&T Bank

**Local Form 9013-2**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH - SALT LAKE CITY**

| In re | |
|---|---|
| HOSSEIN REZAIAN AND AFAGH MOHAMMADREZA, | Bankruptcy Number: 12-31819-RKM |
| Debtors. | Chapter 13 |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF OPPORTUNITY FOR HEARING**

(**Objection Deadline:** 9/9/2013)

**PLEASE TAKE NOTICE** that M&T Bank has filed with the United States Bankruptcy Court for the District of Utah a Motion for Relief from Automatic Stay and will be heard by the Honorable R. Kimball Mosier at the United States Bankruptcy Court Frank E. Moss, U.S. Courthouse, 350 South Main Street, #369, Salt Lake City, UT 84101, on 9/18/2013, at 10:00 a.m. or as soon thereafter as counsel may be heard.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy. If you don't have an**

**attorney, you may wish to consult with one.**

Movant requests relief from the automatic stay of 11 U.S.C. 362 (a) to permit Movant, with respect to its loan secured by the real property commonly known as 4659 S State St, Murray, Utah 84107 ("Property"), to exercise its foreclosure and other rights relating to the Property.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the court to grant the relief requested in the Motion, then you or your attorney must:

**(1)** On or before 9/9/2013 file with the Bankruptcy Court a written Objection , explaining your position at:

DISTRICT OF UTAH - SALT LAKE CITY
UNITED STATES BANKRUPTCY COURT
FRANK E. MOSS, U.S. COURTHOUSE
350 SOUTH MAIN STREET, #301
SALT LAKE CITY, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before 9/9/2013**.** You must also mail a copy to the undersigned counsel at:

PITE DUNCAN, LLP
4375 JUTLAND DR. SUITE 200
SAN DIEGO, CA 92177-0933

**(2)** Attend a hearing on 9/18/2013 10:00:00 AM in Courtroom 369, United States Bankruptcy Court,

Frank E. Moss, U.S. Courthouse
350 South Main Street, #369
Salt Lake City, UT 84101.

**There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without hearing

Dated this 21st Day of August 2013

/s/ Jesse A. P. Baker
Signature of Individual

Jesse A. P. Baker
Printed Name of Individual

# CERTIFICATE OF MAILING

I hereby certify that on 8/21/2013, I mailed a copy of this forgoing Application and all attachments to the following.

**DEBTORS**
Hossein Rezaian
Afagh Mohammadreza
14029 So. Candy Pull Drive
Draper, UT 84020

**DEBTORS' ATTORNEY
(via electronic notice)**
Justin O. Burton
Rulon T. Burton & Assoc.
6000 South Fashion Blvd.
Murray, UT 84107

**TRUSTEE
(via electronic notice)**
Kevin R. Anderson
405 South Main Street
Suite 600
Salt Lake City, UT 84111

**U. S. TRUSTEE
(via electronic notice)**
U.S. Trustee
Ken Garff Bldg.
405 South Main Street
Ste 300
Salt Lake City, UT 84111

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 8/21/2013, at San Diego, California.

8/21/2013
Date

/s/ CYNTHIA FOGAL
Signature of Individual

CYNTHIA FOGAL
Printed Name of Individual