Russell G. Evans (7192)
Justin O. Burton (6506)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.,
Murray, Utah 84107
(801) 288-0202

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No. 12-31819 RKM |
|---|---|
| Hossein Rezaian, SSN: xxx-xx-5390, <br> Afagh Mohammadreza, SSN: xxx-xx-1738, | Chapter 13 <br> Hrg: September 18, 2012 at 10:00 a.m. |
| Debtors. | (Filed Electronically) |

### OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED ON BEHALF OF M&T BANK

The Debtors hereby respectfully object to the Motion for Relief from Automatic Stay filed on behalf of M&T Bank ("Creditor"), and as grounds state the following:

The Debtors are not as delinquent as alleged.

The Debtors will send in a large portion of the delinquency prior to the hearing.

The Debtors request that the Creditor enter into an 'agreed order' for remaining delinquency, fees and costs.

THEREFORE, Debtors request that this Motion for Relief from Automatic Stay be denied.

DATED: August 30, 2013

Russell G. Evans, of and for,
**Rulon T. Burton & Associates**

## MAILING CERTIFICATE

Under penalty of perjury, I hereby certify, that on _____Sept. 3_____, 2013, I mailed, postage prepaid, or electronically filed via ECF, a true and correct copy of the **OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED ON BEHALF OF M&T BANK** to the following: Chapter 13 Trustee, via ECF;

Jesse A.P. Baker
Pite Duncan, LLP
4375 Jutland Dr., Ste. 200
PO Box 17933
San Diego, CA 92177-0933

Hossein Rezaian &
Afagh Mohammadreza
14029 So. Candy Pull Drive
Draper, UT 84020

_____
Mailing Clerk