Justin O. Burton (6506)
Jeffrey P. Mortimer (14472)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.
Murray, Utah 84107
(801) 288-0202

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No.   12-31819 RKM |
|---|---|
| Hossein Rezaian, SSN: xxx-xx-5390, Afagh Mohammadreza, SSN: xxx-xx-1738, | Chapter 13 |
| Debtors. | (Filed Electronically) |

### APPLICATION FOR ALLOWANCE OF COMPENSATION

Under penalty of perjury the undersigned respectfully represents as follows:

Jeffrey P. Mortimer was admitted to practice law in 2013. Prior to that time, since 1983, he was a paralegal specializing in Chapter 7, 11 and 13. He spends 90% of his billable time representing Chapter 7 and 13 clients. He regularly appears before the Bankruptcy Court for the District of Utah. Justin Burton has practiced law since 1993. He clerked for the applicant firm during the summers of 1991 and 1992, and has had previous Bankruptcy experience with Rulon T. Burton & Associates. Mr. Burton spends 90% of his time on Chapter 7 and Chapter 13 matters.

All professional services for which compensation is requested were actually performed by the applicant on behalf of the Debtors, Hossein Rezaian and Afagh Mohammadreza, being in the opinion of the applicant, both reasonable and necessary. The applicant purports to have exercised reasonable billing judgment. The applicant firm, Rulon T. Burton and Associates, is Counsel for Hossein Rezaian and Afagh Mohamadreza and makes this Application for Allowance of Compensation for professional service rendered and the reimbursement of out-of-pocket expense necessarily incurred by the applicant in the representation of said Debtors in the total amount of $696.00. Attached here as Exhibit A is a complete accounting for the time spent. All time records summarized in the application are records made at the time services were rendered. The rate the Applicant charges per hour is JOB $300.00 and JPM $220.00 and is consistent with the amount billed on all other Chapter 7 and Chapter 13 matters.

The rates charged by applicant firm were at all times, since the inception of these proceedings, the normal charges for similar work performed for other clients and are consistent with the rates previously viewed by the Court and charged in the State of Utah by attorneys in a

similar expertise.

Other than in connection with this matter, the applicant firm has no relationship with the Debtors, nor does it expect to have any further relations except for winding up these proceedings.

WHEREFORE, the Applicant firm prays the Court to enter its Order authorizing its compensation and payment of fees to Rulon T. Burton & Associates in the total amount of $696.00.

Respectfully submitted this November 8, 2013.

_____
Jeffrey P. Mortimer, of and for,
**Rulon T. Burton & Associates**

**EXHIBIT "A"**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/22/13 08/27/13 | JOB | Correspondence & confer w/Client(s) re: Motion for Relief filed on behalf of **M&T Bank's** Review File and documentation | 0.4 |
| 08/30/13 | JOB | Draft Objection | 0.4 |
| 09/06/13 09/13/13 09/16/13 | JPM | Review & respond to e-mail(s) re Agreed Order | 0.6 |
| 09/16/13 09/18/13 | JPM | Endorse and transmit Agreed Order to Clients | 0.4 |
| 11/08/13 | JPM | Prepare Application for Compensation | 0.4 |
| 12/04/13 | JPM | Attend Hearing re Fee Application | 0.5 |

```
0.8 JOB hours at $300.00 per hour =      $240.00
1.9 JPM hours at $220.00 per hour =      $418.00      $658.00

Copies: 3 pgs. x 50 labels x $0.10 =      $15.00
Postage: 50 x $0.46 =                     $23.00      $ 38.00

                                                      $696.00
```