Justin O. Burton (6506)
Jeffrey P. Mortimer (14472)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.
Murray, Utah 84107
(801) 288-0202

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No.  12-31819 RKM |
|---|---|
| Hossein Rezaian, SSN: xxx-xx-5390, Afagh Mohammadreza, SSN: xxx-xx-1738, | Chapter 13 |
| Debtors. | (Filed Electronically) |

### NOTICE OF APPLICATION FOR ALLOWANCE OF COMPENSATION AND NOTICE OF OPPORTUNITY FOR HEARING
Objection Deadline: December 11, 2013

PLEASE TAKE NOTICE that Debtors, Hossein Rezaian and Afagh Mohammadreza, have filed with the United States Bankruptcy Court for the District of Utah, an Application for Allowance of Compensation (copy attached).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

The Debtors seek approval of attorney fees for services performed regarding a motion for termination of the automatic stay filed by M&T Bank.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH HEREIN.

If you do not want the Court to grant the relief requested in the Objection then you or your attorney must:

(1) On or before December 11, 2013, file with the Bankruptcy Court (350 So. Main St., Room 301, Salt Lake City, Utah 84101) a written Response explaining your position.

If you mail your response to the Bankruptcy Court for filing you must mail it early enough so that the Court will receive it on or before December 11, 2013. You must also mail a copy to the undersigned counsel at Rulon T. Burton & Associates, 6000 Fashion Blvd., Murray, Utah 84107.

(2) attend a **hearing on December 18, 2013 at 11:00 a.m. in Courtroom 369,** before the Honorable R. Kimball Mosier, U.S. Bankruptcy Court, 350 So. Main St., Salt Lake City, Utah

84101. **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an Order approving the Motion without hearing.

DATED: November 8, 2013

_____
Jeffrey P. Mortimer, of and for
**Rulon T. Burton & Associates**

## MAILING CERTIFICATE

Under penalty of perjury, I hereby certify that on _____Nov 11_____ 2013, I caused to be delivered electronically and/or mailed, postage prepaid, a true and correct copy of the **NOTICE OF APPLICATION FOR ALLOWANCE OF COMPENSATION AND NOTICE OF OPPORTUNITY FOR HEARING** to the following: TO ALL LISTED ON ATTACHED COURT MATRIX DATED November 8, 2013.

_____
Mailing Clerk

Justin O. Burton (6506)
Jeffrey P. Mortimer (14472)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.
Murray, Utah 84107
(801) 288-0202

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No.   12-31819 RKM |
|---|---|
| Hossein Rezaian, SSN: xxx-xx-5390, | Chapter 13 |
| Afagh Mohammadreza, SSN: xxx-xx-1738, | |
| | (Filed Electronically) |
| Debtors. | |

### APPLICATION FOR ALLOWANCE OF COMPENSATION

Under penalty of perjury the undersigned respectfully represents as follows:

Jeffrey P. Mortimer was admitted to practice law in 2013. Prior to that time, since 1983, he was a paralegal specializing in Chapter 7, 11 and 13. He spends 90% of his billable time representing Chapter 7 and 13 clients. He regularly appears before the Bankruptcy Court for the District of Utah. Justin Burton has practiced law since 1993. He clerked for the applicant firm during the summers of 1991 and 1992, and has had previous Bankruptcy experience with Rulon T. Burton & Associates. Mr. Burton spends 90% of his time on Chapter 7 and Chapter 13 matters.

All professional services for which compensation is requested were actually performed by the applicant on behalf of the Debtors, Hossein Rezaian and Afagh Mohammadreza, being in the opinion of the applicant, both reasonable and necessary. The applicant purports to have exercised reasonable billing judgment. The applicant firm, Rulon T. Burton and Associates, is Counsel for Hossein Rezaian and Afagh Mohamadreza and makes this Application for Allowance of Compensation for professional service rendered and the reimbursement of out-of-pocket expense necessarily incurred by the applicant in the representation of said Debtors in the total amount of $696.00. Attached here as Exhibit A is a complete accounting for the time spent. All time records summarized in the application are records made at the time services were rendered. The rate the Applicant charges per hour is JOB $300.00 and JPM $220.00 and is consistent with the amount billed on all other Chapter 7 and Chapter 13 matters.

The rates charged by applicant firm were at all times, since the inception of these proceedings, the normal charges for similar work performed for other clients and are consistent with the rates previously viewed by the Court and charged in the State of Utah by attorneys in a

similar expertise.

Other than in connection with this matter, the applicant firm has no relationship with the Debtors, nor does it expect to have any further relations except for winding up these proceedings.

WHEREFORE, the Applicant firm prays the Court to enter its Order authorizing its compensation and payment of fees to Rulon T. Burton & Associates in the total amount of $696.00.

Respectfully submitted this November 8, 2013.

*[signature]*
Jeffrey P. Mortimer, of and for,
**Rulon T. Burton & Associates**

# EXHIBIT "A"

| Date | | Atty | Description | Hours |
|---|---|---|---|---|
| 08/22/13 08/27/13 | | JOB | Correspondence & confer w/Client(s) re: Motion for Relief filed on behalf of **M&T Bank's** Review File and documentation | 0.4 |
| 08/30/13 | | JOB | Draft Objection | 0.4 |
| 09/06/13 09/13/13 09/16/13 | | JPM | Review & respond to e-mail(s) re Agreed Order | 0.6 |
| 09/16/13 09/18/13 | | JPM | Endorse and transmit Agreed Order to Clients | 0.4 |
| 11/08/13 | | JPM | Prepare Application for Compensation | 0.4 |
| 12/04/13 | | JPM | Attend Hearing re Fee Application | 0.5 |

```
0.8 JOB hours at $300.00 per hour =    $240.00
1.9 JPM hours at $220.00 per hour =    $418.00      $658.00

Copies: 3 pgs. x 50 labels x $0.10 =    $15.00
Postage: 50 x $0.46 =                   $23.00      $ 38.00

                                                    $696.00
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 12-31819<br>District of Utah<br>Salt Lake City<br>Fri Nov  8 15:36:52 MST 2013 | American Express<br>PO Box 297804<br>Fort Lauderdale, FL 33329-7804 | American Express<br>PO Box 650448<br>Dallas TX 75265-0448 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Express Blue Cash<br>PO Box 981535<br>El Paso TX 79998-1535 | Kevin R. Anderson tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 |
| (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 | Azurea I, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Jesse A.P. Baker<br>Pite Duncan LLP<br>4375 Jutland Drive, Suite 200<br>PO Box 17933<br>San Diego, CA 92177-7921 |
| Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Bonded Collection Corp.<br>CS Bond 01<br>PO Box 1022<br>Wixom MI 48393-1022 | Justin O. Burton<br>Rulon T. Burton & Assoc.<br>6000 South Fashion Blvd.<br>Murray, UT 84107-5436 |
| Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | Chase cardmember Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | Comcast<br>1350 Miller Avenue<br>SLC, UT 84106-3092 |
| Dealer Services Corporation<br>1320 City Center Drive, Suite 100<br>Carmel, IN 46032-3816 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Dillard's National Bank<br>PO Box 52051<br>Phoenix, AZ 85072-2051 |
| FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | GE Capital Retail Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | IRS<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Integra Telcom<br>265 E. 100 So. Suite 200<br>Salt Lake City, UT 84111-1739 | JPMorgan Chase Bank, N.A.<br>c/o Chase Records Center<br>Attn: Correspondence Mail<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Johnson Mark LLC<br>PO Box 7811<br>Sandy, UT 84091-7811 |
| M & T Bank Commercial Loans<br>PO Box 1302<br>Buffalo, NY 14240-1302 | M&T BANK<br>c/o PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Macy's<br>PO Box 8053<br>Mason, OH 45040-8053 |
| Main Street Acquisition Corp assignee of CHA<br>BANK USA N A<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Mark E. Medcalf<br>160 East 300 South, Fifth Floor<br>P.O. Box 140857<br>Salt Lake City, UT 84114-0857 | Mark S. Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 |

| | | |
|---|---|---|
| Afagh Mohammadreza<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 | NCB Management Services, Inc.<br>PO Box 1099<br>Langhorne, PA 19047-6099 | PNC Mortgage<br>PO Box 1820<br>Dayton, OH 45401-1820 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RC Willey Home Furnishings<br>PO Box 410429<br>Salt Lake City, UT 84141-0429 | Hossein Rezaian<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 |
| Shahram Rezaian<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 | TD BANK USA, N.A.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target National Bank<br>PO Box 660170<br>Dallas TX 75266-0170 |
| USTC<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-7040 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Utah Labor Commission<br>Mark E. Medcalf #5404<br>160 East 300 South, Fifth Floor<br>PO Box 140857<br>Salt Lake City, UT 84114-0857 |
| Wells Fargo<br>ATTN: Recovery Dept<br>PO BOX 5058<br>Sioux Falls, SD 57117 | Wells Fargo<br>Business Direct Op<br>PO Box 348750<br>Sacramento CA 95834-8750 | Wells Fargo<br>PO Box 54349<br>Los Angeles CA 90054-0349 |
| Wells Fargo Bank<br>PO Box 63491 MAC A0143-042<br>San Francisco, Ca 94163-0001 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>P.O. Box 10438<br>Des Moines, Iowa 50306-0438 |
| Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | James H. Woodall<br>10808 River Front Parkway<br>Suite 175<br>South Jordan, UT 84095-5961 | Mark S. x4Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>#100<br>Salt Lake City, UT 84115-3773 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Auto Finance Corporation<br>13085 Hamilton Crossing Blvd., Suite 300<br>Carmel, IN 46032 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, National Association | (u)M&T Bank | (u)RC Willey Financial Services |
| (u)Utah Labor Commission | (d)Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 | End of Label Matrix<br>Mailable recipients   50<br>Bypassed recipients    5<br>Total                 55 |