Justin O. Burton (6506)
Jeffrey P. Mortimer (14472)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.
Murray, Utah 84107
(801) 288-0202

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No.  12-31819 RKM |
|---|---|
| Hossein Rezaian, SSN: xxx-xx-5390, <br> Afagh Mohammadreza, SSN: xxx-xx-1738, | Chapter 13 |
| Debtors. | (Filed Electronically) |

### ORDER REGARDING APPLICATION FOR ALLOWANCE OF COMPENSATION

A hearing on the Debtors' Application for Allowance of Compensation was tentatively scheduled to be held on December 18, 2013 at 11:00 a.m. in Courtroom 369 before the Honorable R. Kimball Mosier. No objections to the requested relief were filed. The Court, having reviewed the pleading on file, being fully advised in the premises and good cause appearing hereby;

ORDERS, that, pursuant to 11 U.S.C. § 503(b), fees in the amount of $696.00 are hereby awarded to Rulon T. Burton & Associates and are to be paid by the Chapter 13 Trustee out of the Debtors' bankruptcy estate to the extent funds are available.


APPROVED AS TO FORM AND CONTENT:

_____
Chapter 13 Trustee (endorsed electronically)

## MAILING CERTIFICATE

Under penalty of perjury, I hereby certify that on _____, 2013, I caused to be delivered electronically via ECF and/or mailed postage prepaid a true and correct copy of the **ORDER REGARDING APPLICATION FOR ALLOWANCE OF COMPENSATION** to the following: Rulon T. Burton & Associates via ECF; Kevin R. Anderson, Chapter 13 Trustee, via ECF;

Hossein Rezaian &
Afagh Mohammadreza
4659 So. State St.
Murray, UT 84107

_____
Mailing Clerk, U.S. Bankruptcy Court