**The below described is SIGNED.**



Dated: December 19, 2013



**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

---

Justin O. Burton (6506)
Jeffrey P. Mortimer (14472)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.
Murray, Utah 84107
(801) 288-0202

---

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No.  12-31819 RKM |
|---|---|
| Hossein Rezaian, SSN: xxx-xx-5390, Afagh Mohammadreza, SSN: xxx-xx-1738, | Chapter 13 |
| Debtors. | (Filed Electronically) |

### ORDER REGARDING APPLICATION FOR ALLOWANCE OF COMPENSATION

A hearing on the Debtors' Application for Allowance of Compensation was tentatively scheduled to be held on December 18, 2013 at 11:00 a.m. in Courtroom 369 before the Honorable R. Kimball Mosier.  No objections to the requested relief were filed.  The Court, having reviewed the pleading on file, being fully advised in the premises and good cause appearing hereby;

ORDERS, that, pursuant to 11 U.S.C. § 503(b), fees in the amount of $696.00 are hereby awarded to Rulon T. Burton & Associates and are to be paid by the Chapter 13 Trustee out of the Debtors' bankruptcy estate to the extent funds are available.

APPROVED AS TO FORM AND CONTENT:

---

Chapter 13 Trustee (endorsed electronically)

Entered On Docket: 12/20/2013

## <u>MAILING CERTIFICATE</u>

Under penalty of perjury, I hereby certify that on _____, 2013, I caused to be delivered electronically via ECF and/or mailed postage prepaid a true and correct copy of the **ORDER REGARDING APPLICATION FOR ALLOWANCE OF COMPENSATION** to the following:  Rulon T. Burton & Associates via ECF; Kevin R. Anderson, Chapter 13 Trustee, via ECF;

Hossein Rezaian &
Afagh Mohammadreza
4659 So. State St.
Murray, UT 84107


_____
Mailing Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of Utah

In re:                                                          Case No. 12-31819-RKM
Hossein Rezaian                                                 Chapter 13
Afagh Mohammadreza
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1088-2        User: mkz          Page 1 of 1          Date Rcvd: Dec 20, 2013
                           Form ID: pdfor1     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2013.
db/jdb        +Hossein Rezaian,   Afagh Mohammadreza,   14029 So. Candy Pull Drive,   Draper, UT 84020-7512
              +Hossein Rezaian & Afagh Mohammadreza,   4659 So. State St.,   Murray, UT 84107-3815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
          [ *** NO NAME OR ADDRESS SUPPLIED *** ]
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2013                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2013 at the address(es) listed below:
        James H. Woodall    on behalf of Creditor    M&T Bank jwoodall@utahtrustee.com
        Jesse A.P. Baker    on behalf of Creditor    M&T Bank ecfutb@piteduncan.com,   jbaker@piteduncan.com
        Justin O. Burton    on behalf of Debtor Hossein  Rezaian jeff@rulontburton.com,
         justin@rulontburton.com;ffej65@gmail.com
        Justin O. Burton    on behalf of Joint Debtor Afagh  Mohammadreza jeff@rulontburton.com,
         justin@rulontburton.com;ffej65@gmail.com
        Kevin R. Anderson tr    ecfmail@ch13kra.com,   lneebling@ch13kra.com
        Mark S. Middlemas    on behalf of Creditor    JPMorgan Chase Bank, National Association
         ecfmaildistgroup@lundbergfirm.com,   lundbergBK@gmail.com,mark.middlemas@lundbergfirm.com
        Mark S. x4Middlemas    on behalf of Creditor    JPMorgan Chase Bank, National Association
         ecfmaildistgroup@lundbergfirm.com,   kent.plott@lundbergfirm.com;lundbergbk@gmail.com
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                    TOTAL: 8