Mark S. Middlemas (USB No. 9252)
Tom Cook (USB No. 5846)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for JPMorgan Chase Bank, National Association
L&A Case No. 15.64282.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re: | Bankruptcy No. 12-31819 RKM |
|---|---|
| Hossein Rezaian and Afagh Mohammadreza, | (a Chapter 13 case) |
| Debtors. | Filed Electronically |

SUPPLEMENTAL DECLARATION IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Brittanie Logel, declare under penalty of perjury as follows:

1. This supplemental declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. I am a/an ___Vice President___ of JPMorgan Chase Bank, National Association ("Chase") and am authorized to sign this supplemental declaration on behalf of Chase. In this position, I have access to the business records of Chase, and my responsibilities include ascertaining and verifying amounts due and payable as to delinquent bankruptcy accounts.

12-31819 RKM

12-31819

12-31819

3. The facts stated in this declaration are based upon information that I obtained by reviewing records maintained in the ordinary course of Chase's business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described.

4. Hossien Rezaian and Afagh Mohammadreza, ("Borrowers") executed a note dated November 22, 2011, in favor of JPMorgan Chase Bank, N.A., in the original principal sum of $222,884.00 (the "Note").

5. The Note is secured by a Deed of Trust encumbering certain real property commonly known as 14029 South Candy Pull Drive, Draper, UT 84020.

6. The Movant's agent has possession of the original promissory note, and the note is endorsed in blank.

7. As of April 6, 2016, the Borrower failed to make one or more post-petition payments with respect to this loan.

8. The unpaid principal balance of this loan as of April 6, 2016 is $207,479.19.

9. The following chart sets forth those post-petition payments that the borrower failed to make with respect to this loan as of April 6, 2016.

| Number of Missed Payments | From | To | Principal And Interest | Escrow (If Applicable) | Monthly Payment Amount | Total Amounts |
|---|---|---|---|---|---|---|
| 3 | 02/01/2016 | 04/01/2016 | $1,129.33 | $397.89 | $1,527.22 | 4,581.66 |
| Less Post-Petition partial payments (suspense balance) | | | | | ( $558.69 ) | |
| | | | | | Total: | $4,022.97 |

In addition, monthly payment obligations will continue to accrue under the terms of the note.

12-31819 RKM            2

10.    As of April 6, 2016, the total post-petition arrearage/delinquency needed to cure the post-petition default is $4,022.97, consisting of (i) the foregoing total of missed post-petition payments in the amount of $4,022.97, plus (ii) the following post-petition fees.

| Description | Amount |
|---|---|
| N/A | $0.00 |

11.    Attached hereto as **Exhibit A** is a post-petition payment history.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11 day of April, 2016.

Name: Brittanie Logel
Title: Vice President
JPMorgan Chase Bank, NA

12-31819

Exhibit "A"

## JPMorgan Chase Bank, N.A.
Post    Activity Ledger

| Loan Level Reviewer: | MFR | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **General Loan Information** | | | | ● Debtor/Trustee Pay | ○ Trustee Pay All | | Client Code | 465 |
| Loan #: | | Debtor's Name: | Hossein Rezaian | Current P&I Payment Amount | $1,129.33 | POC File Date | Amended POC File Date | N/A |
| Case #: | 12-31819 | Joint Debtor: | Afagh Mohammadreza | **Exceptions** | | | | |
| Date BK Filed: | 9/14/2012 | BK Filing Status: | UT | Exception | MFR Referral Eligible | | Exception Date | |
| As of Date: | 4/6/2016 | Contractual Due Date | 1/1/2016 | Exception | | | Exception Date | 12/20/2012 |
| Variable Interest | No | Current BK Status: | Active | Exception | | | Exception Date | |
| Unpaid Principal Balance | $207,479.19 | Chapter | 13 | Exception | | | Exception Date | |
| **Non Credit Events** | | Event Type/Date | | Event Type/Date | | Event Type/Date | | |
| | | Event Type/Date | | Event Type/Date | | Event Type/Date | | |
| | | | | | | Escrow Balance | $610.10 | |

**Exceptions Review Checklist**

- ☐ Notice of Final Cure (NOFC)    ☐ 4FR Granted
- ☐ Zero Principal Balance    ☐ Jen Strip
- ☐ Non Ch 13 BK/Case Converted    ☐ Cram Down/Motion-to-Value
- ☐ Non Active BK    ☐ Property Surrender
- ☐ Non Primiless/once/Vacant    ☐ 3FAC
- ☐ South District of FL    ☐ Service Transfer

If Service Transfer, is the loan now Sub-Serviced by SPS/SLS?

If Vacant, District that applies

INTER the Filed Effective Date of the first PCN filed by SPS/SLS

### Post Payment Ledger

| Action Type | If Applicable, Suspense Debits | Date Received | Amount Received | Amount Due | Post Petition Date Paid | Payment Amount | Check # / Notes | To / From Suspense | (Total Due) |
|---|---|---|---|---|---|---|---|---|---|
| Debtor | | 9/15/2012 | $1,452.05 | $0.00 | | 0.00 | | $1,452.05 | $1,452.05 |
| Debtor | | 10/15/2012 | $1,129.35 | $0.00 | 10/01/12 | 1,467.17 | | -$337.82 | $1,114.23 |
| Debtor | | 11/14/2012 | $1,129.35 | $0.00 | 11/01/12 | 1,467.17 | | -$337.82 | $776.41 |
| Debtor | | 12/10/2012 | $1,129.35 | $0.00 | 12/01/12 | 1,467.17 | | -$337.82 | $438.59 |
| Debtor | | 1/14/2013 | $1,467.17 | $0.00 | 01/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 2/13/2013 | $1,467.17 | $0.00 | 02/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 3/15/2013 | $1,467.17 | $0.00 | 03/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 4/9/2013 | $1,467.17 | $0.00 | 04/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 5/13/2013 | $1,467.17 | $0.00 | 05/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 6/11/2013 | $1,467.17 | $0.00 | 06/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 7/9/2013 | $1,467.17 | $0.00 | 07/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 8/8/2013 | $1,467.17 | $0.00 | 08/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 9/13/2013 | $1,467.17 | $0.00 | 09/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 10/8/2013 | $1,467.17 | $0.00 | 10/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 11/8/2013 | $1,467.17 | $0.00 | 11/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 12/16/2013 | $1,467.17 | $0.00 | 12/01/13 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 1/18/2014 | $1,467.17 | $0.00 | 01/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 2/12/2014 | $1,467.17 | $0.00 | 02/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 3/10/2014 | $1,467.17 | $0.00 | 03/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 4/11/2014 | $1,467.17 | $0.00 | 04/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 5/16/2014 | $1,467.17 | $0.00 | 05/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 6/12/2014 | $1,467.17 | $0.00 | 06/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 7/16/2014 | $1,467.17 | $0.00 | 07/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 8/15/2014 | $1,467.17 | $0.00 | 08/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 9/13/2014 | $1,467.17 | $0.00 | 09/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 10/21/2014 | $1,467.17 | $0.00 | 10/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 11/18/2014 | $1,467.17 | $0.00 | 11/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 12/16/2014 | $1,467.17 | $0.00 | 12/01/14 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 1/16/2015 | $1,467.17 | $0.00 | 01/01/15 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 2/18/2015 | $1,467.17 | $0.00 | 02/01/15 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 3/31/2015 | $1,467.17 | $0.00 | 03/01/15 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 4/22/2015 | $1,467.17 | $0.00 | 04/01/15 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 6/16/2015 | $1,467.17 | $0.00 | 05/01/15 | 1,467.17 | | $0.00 | $438.59 |
| Debtor | | 7/31/2015 | $1,527.22 | $0.00 | 06/01/15 | 1,467.17 | | $60.05 | $498.64 |
| Debtor | | 8/11/2015 | $1,527.22 | $0.00 | 07/01/15 | 1,467.17 | | $60.05 | $558.69 |
| Debtor | | 9/23/2015 | $1,527.22 | $0.00 | 08/01/15 | 1,527.22 | | $0.00 | $558.69 |
| Debtor | | 11/21/2015 | $1,527.22 | $0.00 | 09/01/15 | 1,527.22 | | $0.00 | $558.69 |
| Debtor | | 1/6/2016 | $1,527.22 | $0.00 | 10/01/15 | 1,527.22 | | $0.00 | $558.69 |
| Debtor | | 1/19/2016 | $1,527.22 | $0.00 | 11/01/15 | 1,527.22 | | $0.00 | $558.69 |
| Debtor | | 1/28/2016 | $1,527.22 | $0.00 | 12/01/15 | 1,527.22 | | $0.00 | $558.69 |
| Debtor | | 3/29/2016 | $1,527.22 | $0.00 | 01/01/16 | 1,527.22 | | $0.00 | $558.69 |
| Delinquent Payment | | | | $1,527.22 | 02/01/16 | 0.00 | DUE | $0.00 | -$968.53 |
| Delinquent Payment | | | | $1,527.22 | 03/01/16 | 0.00 | DUE | $0.00 | -$2,495.75 |
| Delinquent Payment | | | | $1,527.22 | 04/01/16 | 0.00 | DUE | $0.00 | -$4,022.97 |

Click to Return to

| | |
|---|---:|
| Avg Days/Month | 30.42 |
| Interest From | 12/01/15 |
| Interest To | 04/07/16 |
| UPB | $207,479.19 |
| Interest Rate | 4.500% |
| Number of Days | 128.00 |
| Amount Per Day | $25.57 |
| Interest amount | $3,272.96 |
| UPB + interest | $210,752.15 |