Mark S. Middlemas (USB No. 9252)
Tom Cook (USB No. 5846)
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for JPMorgan Chase Bank, National Association
L&A Case No. 15.64282.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 12-31819 RKM |
| Hossein Rezaian and Afagh Mohammadreza, | (a Chapter 13 case) |
| | Filed Electronically |
| Debtors. | |

NOTICE OF STRICKEN HEARING ON MOTION OF JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION FOR TERMINATION OF THE AUTOMATIC STAY

TO ALL PARTIES IN INTEREST:

Please take notice that the hearing on the Motion for Termination of the Automatic Stay
filed by secured creditor JPMorgan Chase Bank, National Association ("Creditor") in this case
which was to be heard by the Honorable R. Kimball Mosier on June 15, 2016 at the hour of
10:00 am in Room 369 has been stricken and will be re-noticed if necessary.

DATED: June 3, 2016.

LUNDBERG & ASSOCIATES, PC

By: /s/Mark S. Middlemas

Mark S. Middlemas
Attorney for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on June 3, 2016 I electronically filed the foregoing Notice, with the United

States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify

that the parties of record in this case, as identified below, are registered CM/ECF users and will

be served through the CM/ECF system:

Justin O. Burton
Rulon T. Burton & Assoc.
jeff@rulontburton.com
ECF
Attorney for Debtors

Lon Jenkins
utahtrusteemail@ch13ut.org
ECF
Chapter 13 Trustee

/s/Mark S. Middlemas
Mark S. Middlemas

-2-

<u>CERTIFICATE OF SERVICE – MAIL, OTHER</u>

I certify that, on June 3, 2016 I caused to be served a true and correct copy of the

foregoing Notice, as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid addressed to:

Hossein Rezaian
Afagh Mohammadreza
14029 South Candy Pull Drive
Draper, UT 84020
  Debtors


<u>/s/Mark S. Middlemas</u>
Mark S. Middlemas

Version 1.4                                       02/22/2016