Mark S. Middlemas (USB No. 9252)
Tom Cook (USB No. 5846)
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for JPMorgan Chase Bank, National Association
L&A Case No. 15.64282.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re:<br><br>Hossein Rezaian and Afagh Mohammadreza,<br><br>Debtors. | Bankruptcy No. 12-31819 RKM<br><br>(a Chapter 13 case)<br><br>Filed Electronically |
|---|---|

NOTICE OF MOTION FOR APPROVAL TO ENTER INTO LOAN MODIFICATION
AND NOTICE OF OPPORTUNITY FOR HEARING

OBJECTION DEADLINE: September 6, 2016

TO ALL PARTIES IN INTEREST:

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Motion for Approval to Enter into Modification Agreement filed by secured creditor JPMorgan Chase Bank, National Association ("Creditor") in this case will come for hearing

before the Honorable R. Kimball Mosier on <u>September 14, 2016 at the hour of 11:00 am in Room 369</u> or such other room as may be assigned, United States Courthouse, 350 South Main Street, Salt Lake City, UT 84101.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant Creditor's motion, or if you want the Court to consider your views on the motion, then, on or before September 6, 2016 (14 days from the date of this notice plus 3 days for mailing), you or your attorney must:

1.  File with the Court a written response explaining your position at:

    United States Bankruptcy Court
    350 South Main Street, Room 301
    Salt Lake City, UT 84101

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2.  Serve a copy of your response upon the following via ECF or U.S. Mail:

    Lundberg & Associates, PC
    3269 South Main Street, Suite 100
    Salt Lake City, UT 84115
        Attorneys for Creditor

>Lon Jenkins
>405 South Main Street
>Suite 600
>Salt Lake City, UT 84111
>>Chapter 13 Trustee

3. Attend the hearing scheduled to be held as set forth in this notice. **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you intend to call witnesses or make a presentation of facts or law at this hearing that will extend beyond 5 minutes, please inform Lundberg & Associates, PC at once at (801) 263-3400 so that, in the event time for such presentation is inadequate, the hearing may be rescheduled on a date when there will be sufficient time on the Court's calendar.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion and may enter an order granting the motion for approval to enter into a loan modification.

**In the absence of a timely response/objection, the relief sought in the Pleading may be granted without a hearing under 11 U.S.C. Section 102(1).**

DATED: August 19, 2016.

>>LUNDBERG & ASSOCIATES, PC

>>By: /s/Mark S. Middlemas
>>Mark S. Middlemas
>>Attorneys for Creditor

-3-

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

    I certify that, on August 19, 2016 I electronically filed the Motion for Approval to Enter into Modification Agreement and the foregoing Notice of Opportunity for Hearing, with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

    Justin O. Burton
    Rulon T. Burton & Assoc.
    jeff@rulontburton.com
    ECF
        Attorney for Debtors

    Lon Jenkins
    utahtrusteemail@ch13ut.org
    ECF
        Chapter 13 Trustee

    /s/Mark S. Middlemas
    Mark S. Middlemas

## CERTIFICATE OF SERVICE – MAIL, OTHER

I certify that, on August 19, 2016, I caused to be served a true and correct copy of the Motion for Approval to Enter into Modification Agreement and the foregoing Notice of Opportunity for Hearing, as follows:

Mail Service to Entire Matrix – By regular first class United States mail, postage fully pre-paid addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated August 19, 2016 attached hereto.

/s/Mark S. Middlemas
Mark S. Middlemas

```
Label Matrix for local noticing         American Express                         American Express
1088-2                                  PO Box 297804                            PO Box 650448
Case 12-31819                           Fort Lauderdale, FL 33329-7804           Dallas TX 75265-0448
District of Utah
Salt Lake City
Fri Aug 19 09:06:20 MDT 2016

American Express Bank FSB               American Express Blue Cash               (p)AUTOMOTIVE FINANCE CORPORATION
c/o Becket and Lee LLP                  PO Box 981535                            13085 HAMILTON CROSSING BLVD
POB 3001                                El Paso TX 79998-1535                    SUITE 300
Malvern PA 19355-0701                                                            CARMEL IN 46032-1445


Azurea I, LLC                           Jesse A.P. Baker                         Bank of America
c/o Weinstein & Riley, P.S.             Aldridge Pite, LLP                       PO Box 5170
2001 Western Ave., Ste. 400             4375 Jutland Drive, Suite 200            Simi Valley, CA 93062-5170
Seattle, WA 98121-3132                  PO Box 17933
                                        San Diego, CA 92177-7921


Bonded Collection Corp.                 Justin O. Burton                         Chase Home Finance
CS Bond 01                              Rulon T. Burton & Assoc.                 PO Box 78420
PO Box 1022                             6000 South Fashion Blvd.                 Phoenix, AZ 85062-8420
Wixom MI 48393-1022                     Murray, UT 84107-5436


Chase cardmember Services               Comcast                                  Tom Cook
PO Box 94014                            1350 Miller Avenue                       Lundberg & Associates
Palatine, IL 60094-4014                 SLC, UT 84106-3092                       3269 South Main St.
                                                                                 Suite 100
                                                                                 Salt Lake City, UT 84115-3773


Dealer Services Corporation             Department Stores National Bank/Macy's   Dillard's National Bank
1320 City Center Drive, Suite 100       Bankruptcy Processing                    PO Box 52051
Carmel, IN 46032-3816                   Po Box 8053                              Phoenix, AZ 85072-2051
                                        Mason, OH 45040-8053


FIA CARD SERVICES, N.A.                 GE Capital Retail Bank                   IRS
4161 Piedmont Parkway                   Care of Recovery Management Systems Corp Centralized Insolvency Operations
NC4 105 03 14                           25 S.E. 2nd Avenue, Suite 1120           PO Box 7346
Greensboro, NC 27410                    Miami, FL 33131-1605                     Philadelphia, PA 19101-7346


Integra Telcom                          JPMorgan Chase Bank, N.A.                Lon Jenkins tr
265 E. 100 So. Suite 200                c/o Chase Records Center                 405 South Main Street
Salt Lake City, UT 84111-1739           Attn: Correspondence Mail                Suite 600
                                        700 Kansas Lane                          Salt Lake City, UT 84111-3408
                                        Monroe, LA 71203-4774


Johnson Mark LLC                        M & T Bank Commercial Loans              M&T BANK
PO Box 7811                             PO Box 1302                              c/o PITE DUNCAN, LLP
Sandy, UT 84091-7811                    Buffalo, NY 14240-1302                   4375 Jutland Drive, Suite 200
                                                                                 P.O. Box 17933
                                                                                 San Diego, CA 92177-7921


Macy's                                  Main Street Acquisition Corp assignee of CHA   Mark E. Medcalf
PO Box 8053                             BANK USA N A                             160 East 300 South, Fifth Floor
Mason, OH 45040-8053                    c/o Becket and Lee LLP                   P.O. Box 140857
                                        POB 3001                                 Salt Lake City, UT 84114-0857
                                        Malvern PA 19355-0701
```

| | | |
|---|---|---|
| Mark S. Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 | Afagh Mohammadreza<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 | NCB Management Services, Inc.<br>PO Box 1099<br>Langhorne, PA 19047-6099 |
| PNC Mortgage<br>PO Box 1820<br>Dayton, OH 45401-1820 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RC Willey Home Furnishings<br>PO Box 410429<br>Salt Lake City, UT 84141-0429 |
| Hossein Rezaian<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 | Shahram Rezaian<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 | TD BANK USA, N.A.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target National Bank<br>PO Box 660170<br>Dallas TX 75266-0170 | USTC<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-7040 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| Utah Labor Commission<br>Mark E. Medcalf #5404<br>160 East 300 South, Fifth Floor<br>PO Box 140857<br>Salt Lake City, UT 84114-0857 | Wells Fargo<br>ATTN: Recovery Dept<br>PO BOX 5058<br>Sioux Falls, SD 57117-5058 | Wells Fargo<br>Business Direct Op<br>PO Box 348750<br>Sacramento CA 95834-8750 |
| Wells Fargo<br>PO Box 54349<br>Los Angeles CA 90054-0349 | Wells Fargo Bank<br>PO Box 63491 MAC A0143-042<br>San Francisco, Ca 94163-0001 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 |
| Wells Fargo Bank, N.A.<br>P.O. Box 10438<br>Des Moines, Iowa 50306-0438 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | James H. Woodall<br>10808 River Front Parkway<br>Suite 175<br>South Jordan, UT 84095-5961 |
| Mark S. x2Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 | Mark S. x4Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>#100<br>Salt Lake City, UT 84115-3773 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Auto Finance Corporation<br>13085 Hamilton Crossing Blvd., Suite 300<br>Carmel, IN 46032 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association      (u)M&T Bank      (u)RC Willey Financial Services

(u)Utah Labor Commission      (d)Wells Fargo Card Services      End of Label Matrix
1 Home Campus 3rd Floor      Mailable recipients    52
Des Moines, IA 50328-0001      Bypassed recipients     5
Total                57