Mark S. Middlemas (USB No. 9252)
Tom Cook (USB No. 5846)
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for JPMorgan Chase Bank, National Association
L&A Case No. 15.64282.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re: | Bankruptcy No. 12-31819 RKM |
|---|---|
| Afagh Mohammadreza and Hossein Rezaian, | (a Chapter 13 case) |
| Debtors. | Filed Electronically |
| | *Hearing September 14, 2016 @ 11:00 am* |

ORDER ON MOTION FOR APPROVAL TO ENTER INTO MODIFICATION AGREEMENT

JPMorgan Chase Bank, National Association ("Creditor") filed a Motion for Approval to Enter into Modification Agreement ("Motion") on August 19, 2016. Notice was proper and no objections were filed. The Chapter 13 Trustee ("Trustee") responded on September 6, 2016.

Based on Creditor's motion and for good cause, it is hereby ORDERED:

1. Creditor and debtors may execute, finalize, enter into, and record the Modification Agreement attached as **Exhibit C** to Creditor's Motion; and,

2. The Trustee shall hold in reserve Claim No. 15 filed by JPMorgan Chase Bank, National Association For three consecutive monthly disbursement cycles (90 days). Creditor JPMorgan Chase Bank, National Association Shall file an amended proof of claim reducing the arrearage amount to zero ($0.00) within 90 days of this order. If no amended proof of claim is filed within 90 days, the Trustee shall be allowed to resume disbursements on Claim No. 15. As to disbursements made by the Trustee on Claim No. 15 prior to entry of this order and amendment of the claim, the Trustee will not be required to recover such disbursements, and the Trustee will retain any commission under 28 U.S.C. § 586 taken on such disbursements; and,

3. Debtor shall file amended Schedules I and J demonstrating an ability to make the payments required by the Modification Agreement, as well as ongoing Chapter 13 plan payments, within 14 days of this Order.

———————————————— End of Document ————————————————

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order for Approval to Enter into Modification Agreement shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

        Mark S. Middlemas
        LUNDBERG & ASSOCIATES, PC
        ECF
            Attorneys for Creditor

        Justin O. Burton
        Rulon T. Burton & Assoc.
        jeff@rulontburton.com
        ECF
            Attorney for Debtors

        Lon Jenkins
        utahtrusteemail@ch13ut.org
        ECF
            Chapter 13 Trustee

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Mail Service to Entire Matrix – By regular first class United States mail, postage fully pre-paid addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix.

                                                /s/Mark S. Middlemas
                                                Mark S. Middlemas

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 12-31819<br>District of Utah<br>Salt Lake City<br>Fri Sep  9 16:02:39 MDT 2016 | American Express<br>PO Box 297804<br>Fort Lauderdale, FL 33329-7804 | American Express<br>PO Box 650448<br>Dallas TX 75265-0448 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Express Blue Cash<br>PO Box 981535<br>El Paso TX 79998-1535 | (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 |
| Azurea I, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Jesse A.P. Baker<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>PO Box 17933<br>San Diego, CA 92177-7921 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 |
| Bonded Collection Corp.<br>CS Bond 01<br>PO Box 1022<br>Wixom MI 48393-1022 | Justin O. Burton<br>Rulon T. Burton & Assoc.<br>6000 South Fashion Blvd.<br>Murray, UT 84107-5436 | Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85062-8420 |
| Chase cardmember Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | Comcast<br>1350 Miller Avenue<br>SLC, UT 84106-3092 | Tom Cook<br>Lundberg & Associates<br>3269 South Main St.<br>Suite 100<br>Salt Lake City, UT 84115-3773 |
| Dealer Services Corporation<br>1320 City Center Drive, Suite 100<br>Carmel, IN 46032-3816 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Dillard's National Bank<br>PO Box 52051<br>Phoenix, AZ 85072-2051 |
| FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | GE Capital Retail Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | IRS<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Integra Telcom<br>265 E. 100 So. Suite 200<br>Salt Lake City, UT 84111-1739 | JPMorgan Chase Bank, N.A.<br>c/o Chase Records Center<br>Attn: Correspondence Mail<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Lon Jenkins tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 |
| Johnson Mark LLC<br>PO Box 7811<br>Sandy, UT 84091-7811 | M & T Bank Commercial Loans<br>PO Box 1302<br>Buffalo, NY 14240-1302 | M&T BANK<br>c/o PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Macy's<br>PO Box 8053<br>Mason, OH 45040-8053 | Main Street Acquisition Corp assignee of CHA<br>BANK USA N A<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Mark E. Medcalf<br>160 East 300 South, Fifth Floor<br>P.O. Box 140857<br>Salt Lake City, UT 84114-0857 |

Mark S. Middlemas
Lundberg & Associates
3269 South Main Street
Suite 100
Salt Lake City, UT 84115-3773

Afagh Mohammadreza
14029 So. Candy Pull Drive
Draper, UT 84020-7512

NCB Management Services, Inc.
PO Box 1099
Langhorne, PA 19047-6099

PNC Mortgage
PO Box 1820
Dayton, OH 45401-1820

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RC Willey Home Furnishings
PO Box 410429
Salt Lake City, UT 84141-0429

Hossein Rezaian
14029 So. Candy Pull Drive
Draper, UT 84020-7512

Shahram Rezaian
14029 So. Candy Pull Drive
Draper, UT 84020-7512

TD BANK USA, N.A.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target National Bank
PO Box 660170
Dallas TX 75266-0170

USTC
Attn: Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-7040

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah Labor Commission
Mark E. Medcalf #5404
160 East 300 South, Fifth Floor
PO Box 140857
Salt Lake City, UT 84114-0857

Wells Fargo
ATTN: Recovery Dept
PO BOX 5058
Sioux Falls, SD 57117-5058

Wells Fargo
Business Direct Op
PO Box 348750
Sacramento CA 95834-8750

Wells Fargo
PO Box 54349
Los Angeles CA 90054-0349

Wells Fargo Bank
PO Box 63491 MAC A0143-042
San Francisco, Ca 94163-0001

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Bank, N.A.
P.O. Box 10438
Des Moines, Iowa 50306-0438

Wells Fargo Card Services
1 Home Campus
3rd Floor
Des Moines, IA 50328-0001

James H. Woodall
10808 River Front Parkway
Suite 175
South Jordan, UT 84095-5961

Mark S. x2Middlemas
Lundberg & Associates
3269 South Main Street
Suite 100
Salt Lake City, UT 84115-3773

Mark S. x4Middlemas
Lundberg & Associates
3269 South Main Street
#100
Salt Lake City, UT 84115-3773

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Auto Finance Corporation
13085 Hamilton Crossing Blvd., Suite 300
Carmel, IN 46032

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association        (u)M&T Bank        (u)RC Willey Financial Services

(u)Utah Labor Commission        (d)Wells Fargo Card Services        End of Label Matrix
                                1 Home Campus 3rd Floor             Mailable recipients    52
                                Des Moines, IA 50328-0001           Bypassed recipients     5
                                                                    Total                  57