**This order is SIGNED.**

Dated: September 13, 2016      

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Mark S. Middlemas (USB No. 9252)
Tom Cook (USB No. 5846)
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for JPMorgan Chase Bank, National Association
L&A Case No. 15.64282.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re:  Afagh Mohammadreza and Hossein Rezaian,  Debtors. | Bankruptcy No. 12-31819 RKM  (a Chapter 13 case)  Filed Electronically  *Hearing September 14, 2016 @ 11:00 am* |
|---|---|

ORDER ON MOTION FOR APPROVAL TO ENTER INTO MODIFICATION AGREEMENT

JPMorgan Chase Bank, National Association ("Creditor") filed a Motion for Approval to Enter into Modification Agreement ("Motion") on August 19, 2016. Notice was proper and no objections were filed. The Chapter 13 Trustee ("Trustee") responded on September 6, 2016.

Based on Creditor's motion and for good cause, it is hereby ORDERED:

1.      Creditor and debtors may execute, finalize, enter into, and record the Modification Agreement attached as **Exhibit C** to Creditor's Motion; and,

2.      The Trustee shall hold in reserve Claim No. 15 filed by JPMorgan Chase Bank, National Association For three consecutive monthly disbursement cycles (90 days). Creditor JPMorgan Chase Bank, National Association Shall file an amended proof of claim reducing the arrearage amount to zero ($0.00) within 90 days of this order. If no amended proof of claim is filed within 90 days, the Trustee shall be allowed to resume disbursements on Claim No. 15. As to disbursements made by the Trustee on Claim No. 15 prior to entry of this order and amendment of the claim, the Trustee will not be required to recover such disbursements, and the Trustee will retain any commission under 28 U.S.C. § 586 taken on such disbursements; and,

3.      Debtor shall file amended Schedules I and J demonstrating an ability to make the payments required by the Modification Agreement, as well as ongoing Chapter 13 plan payments, within 14 days of this Order.

—————————————————— End of Document ——————————————————

DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order for Approval to Enter into Modification Agreement shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

>Mark S. Middlemas
>LUNDBERG & ASSOCIATES, PC
>ECF
>>Attorneys for Creditor

>Justin O. Burton
>Rulon T. Burton & Assoc.
>jeff@rulontburton.com
>ECF
>>Attorney for Debtors

>Lon Jenkins
>utahtrusteemail@ch13ut.org
>ECF
>>Chapter 13 Trustee

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Mail Service to Entire Matrix – By regular first class United States mail, postage fully pre-paid addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix.

/s/Mark S. Middlemas  
Mark S. Middlemas

```
Label Matrix for local noticing          American Express                          American Express
1088-2                                   PO Box 297804                             PO Box 650448
Case 12-31819                            Fort Lauderdale, FL 33329-7804            Dallas TX 75265-0448
District of Utah
Salt Lake City
Fri Sep  9 16:02:39 MDT 2016

American Express Bank FSB                American Express Blue Cash                (p)AUTOMOTIVE FINANCE CORPORATION
c/o Becket and Lee LLP                   PO Box 981535                             13085 HAMILTON CROSSING BLVD
POB 3001                                 El Paso TX 79998-1535                     SUITE 300
Malvern PA 19355-0701                                                              CARMEL IN 46032-1445


Azurea I, LLC                            Jesse A.P. Baker                          Bank of America
c/o Weinstein & Riley, P.S.              Aldridge Pite, LLP                        PO Box 5170
2001 Western Ave., Ste. 400              4375 Jutland Drive, Suite 200             Simi Valley, CA 93062-5170
Seattle, WA 98121-3132                   PO Box 17933
                                         San Diego, CA 92177-7921


Bonded Collection Corp.                  Justin O. Burton                          Chase Home Finance
CS Bond 01                               Rulon T. Burton & Assoc.                  PO Box 78420
PO Box 1022                              6000 South Fashion Blvd.                  Phoenix, AZ 85062-8420
Wixom MI 48393-1022                      Murray, UT 84107-5436


Chase cardmember Services                Comcast                                   Tom Cook
PO Box 94014                             1350 Miller Avenue                        Lundberg & Associates
Palatine, IL 60094-4014                  SLC, UT 84106-3092                        3269 South Main St.
                                                                                   Suite 100
                                                                                   Salt Lake City, UT 84115-3773


Dealer Services Corporation              Department Stores National Bank/Macy's    Dillard's National Bank
1320 City Center Drive, Suite 100        Bankruptcy Processing                     PO Box 52051
Carmel, IN 46032-3816                    Po Box 8053                               Phoenix, AZ 85072-2051
                                         Mason, OH 45040-8053


FIA CARD SERVICES, N.A.                  GE Capital Retail Bank                    IRS
4161 Piedmont Parkway                    Care of Recovery Management Systems Corp  Centralized Insolvency Operations
NC4 105 03 14                            25 S.E. 2nd Avenue, Suite 1120            PO Box 7346
Greensboro, NC 27410                     Miami, FL 33131-1605                      Philadelphia, PA 19101-7346


Integra Telcom                           JPMorgan Chase Bank, N.A.                 Lon Jenkins tr
265 E. 100 So. Suite 200                 c/o Chase Records Center                  405 South Main Street
Salt Lake City, UT 84111-1739            Attn: Correspondence Mail                 Suite 600
                                         700 Kansas Lane                           Salt Lake City, UT 84111-3408
                                         Monroe, LA 71203-4774


Johnson Mark LLC                         M & T Bank Commercial Loans               M&T BANK
PO Box 7811                              PO Box 1302                               c/o PITE DUNCAN, LLP
Sandy, UT 84091-7811                     Buffalo, NY 14240-1302                    4375 Jutland Drive, Suite 200
                                                                                   P.O. Box 17933
                                                                                   San Diego, CA 92177-7921


Macy's                                   Main Street Acquisition Corp assignee of CHA   Mark E. Medcalf
PO Box 8053                              BANK USA N A                              160 East 300 South, Fifth Floor
Mason, OH 45040-8053                     c/o Becket and Lee LLP                    P.O. Box 140857
                                         POB 3001                                  Salt Lake City, UT 84114-0857
                                         Malvern PA 19355-0701
```

Mark S. Middlemas  
Lundberg & Associates  
3269 South Main Street  
Suite 100  
Salt Lake City, UT 84115-3773

Afagh Mohammadreza  
14029 So. Candy Pull Drive  
Draper, UT 84020-7512

NCB Management Services, Inc.  
PO Box 1099  
Langhorne, PA 19047-6099

PNC Mortgage  
PO Box 1820  
Dayton, OH 45401-1820

(p)PORTFOLIO RECOVERY ASSOCIATES LLC  
PO BOX 41067  
NORFOLK VA 23541-1067

RC Willey Home Furnishings  
PO Box 410429  
Salt Lake City, UT 84141-0429

Hossein Rezaian  
14029 So. Candy Pull Drive  
Draper, UT 84020-7512

Shahram Rezaian  
14029 So. Candy Pull Drive  
Draper, UT 84020-7512

TD BANK USA, N.A.  
C O WEINSTEIN AND RILEY, PS  
2001 WESTERN AVENUE, STE 400  
SEATTLE, WA 98121-3132

Target National Bank  
PO Box 660170  
Dallas TX 75266-0170

USTC  
Attn: Bankruptcy Unit  
210 North 1950 West  
Salt Lake City, UT 84134-7040

United States Trustee  
Ken Garff Bldg.  
405 South Main Street  
Suite 300  
Salt Lake City, UT 84111-3402

Utah Labor Commission  
Mark E. Medcalf #5404  
160 East 300 South, Fifth Floor  
PO Box 140857  
Salt Lake City, UT 84114-0857

Wells Fargo  
ATTN: Recovery Dept  
PO BOX 5058  
Sioux Falls, SD 57117-5058

Wells Fargo  
Business Direct Op  
PO Box 348750  
Sacramento CA 95834-8750

Wells Fargo  
PO Box 54349  
Los Angeles CA 90054-0349

Wells Fargo Bank  
PO Box 63491 MAC A0143-042  
San Francisco, Ca 94163-0001

Wells Fargo Bank, N.A.  
Business Direct Division  
P.O. Box 29482  
Phoenix, AZ 85038-9482

Wells Fargo Bank, N.A.  
P.O. Box 10438  
Des Moines, Iowa 50306-0438

Wells Fargo Card Services  
1 Home Campus  
3rd Floor  
Des Moines, IA 50328-0001

James H. Woodall  
10808 River Front Parkway  
Suite 175  
South Jordan, UT 84095-5961

Mark S. x2Middlemas  
Lundberg & Associates  
3269 South Main Street  
Suite 100  
Salt Lake City, UT 84115-3773

Mark S. x4Middlemas  
Lundberg & Associates  
3269 South Main Street  
#100  
Salt Lake City, UT 84115-3773

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Auto Finance Corporation  
13085 Hamilton Crossing Blvd., Suite 300  
Carmel, IN 46032

Portfolio Recovery Associates, LLC  
PO Box 41067  
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, National Association | (u)M&T Bank | (u)RC Willey Financial Services |
| (u)Utah Labor Commission | (d)Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 | End of Label Matrix<br>Mailable recipients    52<br>Bypassed recipients     5<br>Total                  57 |