**This order is SIGNED.**

**Dated: September 13, 2016** 



R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Mark S. Middlemas (USB No. 9252)
Tom Cook (USB No. 5846)
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for JPMorgan Chase Bank, National Association
L&A Case No. 15.64282.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>Afagh Mohammadreza and Hossein Rezaian,<br><br>Debtors. | Bankruptcy No. 12-31819 RKM<br><br>(a Chapter 13 case)<br><br>Filed Electronically<br><br>*Hearing September 14, 2016 @ 11:00 am* |

ORDER ON MOTION FOR APPROVAL TO ENTER INTO MODIFICATION AGREEMENT

JPMorgan Chase Bank, National Association ("Creditor") filed a Motion for Approval to Enter into Modification Agreement ("Motion") on August 19, 2016. Notice was proper and no objections were filed. The Chapter 13 Trustee ("Trustee") responded on September 6, 2016.

Entered On Docket: 09/13/2016

Based on Creditor's motion and for good cause, it is hereby ORDERED:

1. Creditor and debtors may execute, finalize, enter into, and record the Modification Agreement attached as **Exhibit C** to Creditor's Motion; and,

2. The Trustee shall hold in reserve Claim No. 15 filed by JPMorgan Chase Bank, National Association For three consecutive monthly disbursement cycles (90 days). Creditor JPMorgan Chase Bank, National Association Shall file an amended proof of claim reducing the arrearage amount to zero ($0.00) within 90 days of this order. If no amended proof of claim is filed within 90 days, the Trustee shall be allowed to resume disbursements on Claim No. 15. As to disbursements made by the Trustee on Claim No. 15 prior to entry of this order and amendment of the claim, the Trustee will not be required to recover such disbursements, and the Trustee will retain any commission under 28 U.S.C. § 586 taken on such disbursements; and,

3. Debtor shall file amended Schedules I and J demonstrating an ability to make the payments required by the Modification Agreement, as well as ongoing Chapter 13 plan payments, within 14 days of this Order.

—————————————————— End of Document ——————————————————

DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order for Approval to Enter into Modification Agreement shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

> Mark S. Middlemas
> LUNDBERG & ASSOCIATES, PC
> ECF
> > Attorneys for Creditor
>
> Justin O. Burton
> Rulon T. Burton & Assoc.
> jeff@rulontburton.com
> ECF
> > Attorney for Debtors
>
> Lon Jenkins
> utahtrusteemail@ch13ut.org
> ECF
> > Chapter 13 Trustee

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Mail Service to Entire Matrix – By regular first class United States mail, postage fully pre-paid addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix.

                                        /s/Mark S. Middlemas
                                        Mark S. Middlemas

```
Label Matrix for local noticing          American Express                          American Express
1088-2                                    PO Box 297804                             PO Box 650448
Case 12-31819                             Fort Lauderdale, FL 33329-7804            Dallas TX 75265-0448
District of Utah
Salt Lake City
Fri Sep  9 16:02:39 MDT 2016

American Express Bank FSB                 American Express Blue Cash                (p)AUTOMOTIVE FINANCE CORPORATION
c/o Becket and Lee LLP                    PO Box 981535                             13085 HAMILTON CROSSING BLVD
POB 3001                                  El Paso TX 79998-1535                     SUITE 300
Malvern PA 19355-0701                                                               CARMEL IN 46032-1445


Azurea I, LLC                             Jesse A.P. Baker                          Bank of America
c/o Weinstein & Riley, P.S.               Aldridge Pite, LLP                        PO Box 5170
2001 Western Ave., Ste. 400               4375 Jutland Drive, Suite 200             Simi Valley, CA 93062-5170
Seattle, WA 98121-3132                    PO Box 17933
                                          San Diego, CA 92177-7921


Bonded Collection Corp.                   Justin O. Burton                          Chase Home Finance
CS Bond 01                                Rulon T. Burton & Assoc.                  PO Box 78420
PO Box 1022                               6000 South Fashion Blvd.                  Phoenix, AZ 85062-8420
Wixom MI 48393-1022                       Murray, UT 84107-5436


Chase cardmember Services                 Comcast                                   Tom Cook
PO Box 94014                              1350 Miller Avenue                        Lundberg & Associates
Palatine, IL 60094-4014                   SLC, UT 84106-3092                        3269 South Main St.
                                                                                    Suite 100
                                                                                    Salt Lake City, UT 84115-3773


Dealer Services Corporation               Department Stores National Bank/Macy's    Dillard's National Bank
1320 City Center Drive, Suite 100         Bankruptcy Processing                     PO Box 52051
Carmel, IN 46032-3816                     Po Box 8053                               Phoenix, AZ 85072-2051
                                          Mason, OH 45040-8053


FIA CARD SERVICES, N.A.                   GE Capital Retail Bank                    IRS
4161 Piedmont Parkway                     Care of Recovery Management Systems Corp  Centralized Insolvency Operations
NC4 105 03 14                             25 S.E. 2nd Avenue, Suite 1120            PO Box 7346
Greensboro, NC 27410                      Miami, FL 33131-1605                      Philadelphia, PA 19101-7346


Integra Telcom                            JPMorgan Chase Bank, N.A.                 Lon Jenkins tr
265 E. 100 So. Suite 200                  c/o Chase Records Center                  405 South Main Street
Salt Lake City, UT 84111-1739             Attn: Correspondence Mail                 Suite 600
                                          700 Kansas Lane                           Salt Lake City, UT 84111-3408
                                          Monroe, LA 71203-4774


Johnson Mark LLC                          M & T Bank Commercial Loans               M&T BANK
PO Box 7811                               PO Box 1302                               c/o PITE DUNCAN, LLP
Sandy, UT 84091-7811                      Buffalo, NY 14240-1302                    4375 Jutland Drive, Suite 200
                                                                                    P.O. Box 17933
                                                                                    San Diego, CA 92177-7921


Macy's                                    Main Street Acquisition Corp assignee of CHA   Mark E. Medcalf
PO Box 8053                               BANK USA N A                              160 East 300 South, Fifth Floor
Mason, OH 45040-8053                      c/o Becket and Lee LLP                    P.O. Box 140857
                                          POB 3001                                  Salt Lake City, UT 84114-0857
                                          Malvern PA 19355-0701
```

| | | |
|---|---|---|
| Mark S. Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 | Afagh Mohammadreza<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 | NCB Management Services, Inc.<br>PO Box 1099<br>Langhorne, PA 19047-6099 |
| PNC Mortgage<br>PO Box 1820<br>Dayton, OH 45401-1820 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RC Willey Home Furnishings<br>PO Box 410429<br>Salt Lake City, UT 84141-0429 |
| Hossein Rezaian<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 | Shahram Rezaian<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 | TD BANK USA, N.A.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target National Bank<br>PO Box 660170<br>Dallas TX 75266-0170 | USTC<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-7040 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| Utah Labor Commission<br>Mark E. Medcalf #5404<br>160 East 300 South, Fifth Floor<br>PO Box 140857<br>Salt Lake City, UT 84114-0857 | Wells Fargo<br>ATTN: Recovery Dept<br>PO BOX 5058<br>Sioux Falls, SD 57117-5058 | Wells Fargo<br>Business Direct Op<br>PO Box 348750<br>Sacramento CA 95834-8750 |
| Wells Fargo<br>PO Box 54349<br>Los Angeles CA 90054-0349 | Wells Fargo Bank<br>PO Box 63491 MAC A0143-042<br>San Francisco, Ca 94163-0001 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 |
| Wells Fargo Bank, N.A.<br>P.O. Box 10438<br>Des Moines, Iowa 50306-0438 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | James H. Woodall<br>10808 River Front Parkway<br>Suite 175<br>South Jordan, UT 84095-5961 |
| Mark S. x2Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 | Mark S. x4Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>#100<br>Salt Lake City, UT 84115-3773 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Auto Finance Corporation<br>13085 Hamilton Crossing Blvd., Suite 300<br>Carmel, IN 46032 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, National Association | (u)M&T Bank | (u)RC Willey Financial Services |
| (u)Utah Labor Commission | (d)Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 | End of Label Matrix<br>Mailable recipients    52<br>Bypassed recipients     5<br>Total                  57 |

```
                      United States Bankruptcy Court
                              District of Utah
In re:                                                     Case No. 12-31819-RKM
Hossein Rezaian                                            Chapter 13
Afagh Mohammadreza
       Debtors
                         CERTIFICATE OF NOTICE
District/off: 1088-2          User: bc                   Page 1 of 2                   Date Rcvd: Sep 13, 2016
                              Form ID: pdfor1            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
db/jdb         +Hossein Rezaian,    Afagh Mohammadreza,    14029 So. Candy Pull Drive,    Draper, UT 84020-7512
8632760         American Express,    PO Box 650448,    Dallas TX 75265-0448
8496261         American Express,    PO Box 297804,    Fort Lauderdale, FL 33329-7804
8571551         American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8632761         American Express Blue Cash,    PO Box 981535,    El Paso TX 79998-1535
8496263         Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
8632762        +Bonded Collection Corp.,    CS Bond 01,   PO Box 1022,    Wixom MI 48393-1022
8496265         Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
8496264         Chase cardmember Services,    PO Box 94014,    Palatine, IL 60094-4014
8522323        +Department Stores National Bank/Macy's,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
8496268         Dillard's National Bank,    PO Box 52051,    Phoenix, AZ 85072-2051
8515840         FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
8496269        +Integra Telcom,    265 E. 100 So. Suite 200,    Salt Lake City, UT 84111-1739
8549152        +JPMorgan Chase Bank, N.A.,    c/o Chase Records Center,    Attn: Correspondence Mail,
                 700 Kansas Lane,    Monroe, LA 71203-4774
8496271        +Johnson Mark LLC,    PO Box 7811,    Sandy, UT 84091-7811
8496272         M & T Bank Commercial Loans,    PO Box 1302,    Buffalo, NY 14240-1302
8544118        +M&T BANK,   c/o PITE DUNCAN, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
8496273        +Macy's,   PO Box 8053,   Mason, OH 45040-8053
8661780         Main Street Acquisition Corp assignee of CHASE,     BANK USA N A,   c/o Becket and Lee LLP,
                 POB 3001,   Malvern PA 19355-0701
8496274        +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
8496275        +PNC Mortgage,    PO Box 1820,   Dayton, OH 45401-1820
8496276         RC Willey Home Furnishings,    PO Box 65429,    Salt Lake City, UT 84141-0429
8496277        +Shahram Rezaian,    14029 So. Candy Pull Drive,    Draper, UT 84020-7512
8632763         Target National Bank,    PO Box 660170,    Dallas TX 75266-0170
8561178        +Utah Labor Commission,    Mark E. Medcalf #5404,    160 East 300 South, Fifth Floor,
                 PO Box 140857,    Salt Lake City, UT 84114-0857
8632765         Wells Fargo,    PO Box 54349,   Los Angeles CA 90054-0349
8632764        +Wells Fargo,    Business Direct Op,   PO Box 348750,    Sacramento CA 95834-8750
8496279         Wells Fargo,    ATTN: Recovery Dept,    PO BOX 5058,   Sioux Falls, SD 57117-5058
8662556        +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, Ca 94163-0001
8525304        +Wells Fargo Bank, N.A.,    P.O. Box 10438,    Des Moines, Iowa 50306-0438
8514516        +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
8504852        +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,   Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: bnc@ch13kra.com Sep 14 2016 01:35:28      Kevin R. Anderson tr,
                 405 South Main Street,    Suite 600,   Salt Lake City, UT 84111-3408
8496262         E-mail/Text: bankruptcy@autofinance.com Sep 14 2016 01:34:38      Auto Finance Corporation,
                 13085 Hamilton Crossing Blvd., Suite 300,    Carmel, IN 46032
8674378         E-mail/Text: bncmail@w-legal.com Sep 14 2016 01:35:07      Azurea I, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
8496266         E-mail/Text: WST_Bankruptcy@cable.comcast.com Sep 14 2016 01:35:15       Comcast,
                 1350 Miller Avenue,    SLC, UT 84106-3092
8496267         E-mail/Text: bankruptcy@discoverdsc.com Sep 14 2016 01:34:35       Dealer Services Corporation,
                 1320 City Center Drive, Suite 100,    Carmel, IN 46032-3816
8512380         E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 01:39:31      GE Capital Retail Bank,
                 Care of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
8496270        +E-mail/Text: cio.bncmail@irs.gov Sep 14 2016 01:34:42      IRS,
                 Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
8643124         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2016 01:39:35
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
8867923        +E-mail/Text: bncmail@w-legal.com Sep 14 2016 01:34:59      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
8496278         E-mail/Text: TXBANKRUPT@UTAH.GOV Sep 14 2016 01:34:33      USTC,    Attn: Bankruptcy Unit,
                 210 North 1950 West,    Salt Lake City, UT 84134-7040
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              RC Willey Financial Services
8553570*       +Wells Fargo Bank, N.A.,    P.O. Box 10438,   Des Moines, Iowa 50306-0438
8527764*       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 1088-2           User: bc                    Page 2 of 2                   Date Rcvd: Sep 13, 2016
                               Form ID: pdfor1             Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
          James H. Woodall    on behalf of Creditor    M&T Bank jwoodall@utahtrustee.com,
           angela@utahtrustee.com;brad@carrwoodall.com
          Jesse A.P. Baker    on behalf of Creditor    M&T Bank ecfutb@aldridgepite.com,
           jbaker@aldridgepite.com;JPB@ecf.inforuptcy.com
          Justin O. Burton    on behalf of Joint Debtor Afagh  Mohammadreza jeff@rulontburton.com,
           justin@rulontburton.com;ffej65@gmail.com
          Justin O. Burton    on behalf of Debtor Hossein  Rezaian jeff@rulontburton.com,
           justin@rulontburton.com;ffej65@gmail.com
          Lon  Jenkins tr    ecfmail@ch13ut.org,    lneebling@ch13ut.org
          Mark E. Medcalf    on behalf of Creditor    Utah Labor Commission markmedcalf@utah.gov
          Mark S. Middlemas    on behalf of Creditor    JPMorgan Chase Bank, National Association
           LundbergECFmail@Lundbergfirm.com,    ecfmaildistgroup@lundbergfirm.com
          Mark S. x2Middlemas    on behalf of Creditor    JPMorgan Chase Bank, National Association
           LundbergECFmail@Lundbergfirm.com,    ecfmaildistgroup@lundbergfirm.com
          Mark S. x4Middlemas    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ECFmailDistGroup@Lundbergfirm.com,
          Tom  Cook    on behalf of Creditor    JPMorgan Chase Bank, National Association
           lundbergecfmail@lundbergfirm.com,    ecfmaildistgroup@lundbergfirm.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 11
```