UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12-31819 |
| | CHAPTER 13 |
| HOSSEIN REZAIAN | |
| AFAGH MOHAMMADREZA | JUDGE R. KIMBALL MOSIER |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Lon A Jenkins files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  JP MORGAN CHASE BANK NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 15 | 7717 | $2,371.35 | $2,371.35 | $2,371.35 |
| Total Amount Paid by Trustee | | | | $2,371.35 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 12-31819

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on October 18, 2017.

HOSSEIN REZAIAN AND AFAGH MOHAMMADREZA, 14029 SO. CANDY PULL DRIVE, DRAPER, UT  840

HOSSEIN REZAIAN AND AFAGH MOHAMMADREZA, 14029 SO. CANDY PULL DRIVE

JP MORGAN CHASE BANK NA, 3415 VISION DRIVE, MAIL CODE OH4-7142, COLUMBUS, OH  43219

JUSTIN O. BURTON, ECF Notification

UNITED STATES TRUSTEE - ECF Notification

Date:  10/18/2017

/s/ Lon A Jenkins

Lon A Jenkins
Chapter 13 Trustee
405 South Main Street, Suite 600
Salt Lake City, UT  84111