Justin O. Burton (6506)
Scott T. Blotter (6185)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.
Murray, Utah 84107
(801) 288-0202

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No. 12-31819 RKM |
|---|---|
| Hossein Rezaian, SSN: xxx-xx-5390, Afagh Mohammadreza, SSN: xxx-xx-1738, | Chapter 13 |
| Debtors. | (Filed Electronically) |

### VERIFICATION AND REQUEST FOR DISCHARGE

The Debtors in the above-captioned case, being duly sworn, state as follows:

1. The Chapter 13 Trustee has issued a Notice of Completion of Plan Payments and the Debtors hereby request the Court to enter a discharge in this case.

2. The Debtors have filed Official Form 23.

3. A. ☒ We have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A) either before this bankruptcy was filed or at any time after the filing of this bankruptcy.

OR    B. ☐ (See B.1-B-4 below)

[NOTE: If "B" is applicable, all information required in questions B.1 through 4 must be provided.]

B. 1. We certify that prior to the date of this verification and request We have paid all amounts due under any domestic support obligation [as defined in 11 U.S.C § 101(14A)] required by a judicial or administrative order, or by statute including amounts due before this bankruptcy was filed, to the extent provided for

by the plan. The name and address of each holder of a domestic support obligation are as follows:

_____

B. 2. Our most recent address is as follows:

_____

B. 3. The name and address of our most recent employer(s) is/are as follows:

_____

B. 4. The following creditors hold a claim that is not discharged under 11 U.S.C. § 523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. § 524(c):

_____

4. We have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to filing this Chapter 13 bankruptcy.

5. We have not received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to filing this Chapter 13 bankruptcy.

6. A. ☒ We did not have either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000.00 in the type of property described in 11 U.S.C. § 522 (p)(1) [generally the debtor's homestead];

OR B. ☒ There is not currently pending any proceeding in which We may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

Dated this 3rd day of November, 2017.

_____
Hossein Rezaian
Debtor

_____
Afagh Mohammadreza
Debtor

## DESIGNATION OF PARTIES TO BE SERVED

Any objection to this verification must be filed within twenty (20) days after service of this verification. If no objection is filed, the Court may enter a discharge pursuant to 11 U.S.C. § 1328(1) without further notice or hearing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on __NOV. 7__, 2017, a true and correct copy of the Verification and Request for Discharge was served on all creditors and parties in interest listed on the attached matrix by either first-class, U.S. mail or via the CM/ECF system of the United States Bankruptcy Court.

_____
Signature of person completing service

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 12-31819<br>District of Utah<br>Salt Lake City<br>Mon Nov  6 13:35:59 MST 2017 | American Express<br>PO Box 297804<br>Fort Lauderdale, FL 33329-7804 | American Express<br>PO Box 650448<br>Dallas TX 75265-0448 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Express Blue Cash<br>PO Box 981535<br>El Paso TX 79998-1535 | (p)AUTOMOTIVE FINANCE CORPORATION<br>13085 HAMILTON CROSSING BLVD<br>SUITE 300<br>CARMEL IN 46032-1445 |
| Azurea I, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Jesse A.P. Baker<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>PO Box 17933<br>San Diego, CA 92177-7921 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 |
| Marlon L. Bates<br>Scalley Reading Bates Hansen & Rasmussen<br>Gateway Tower West<br>15 West South Temple, Suite 600<br>PO Box 11429<br>Salt Lake City, UT 84147-0429 | Bonded Collection Corp.<br>CS Bond 01<br>PO Box 1022<br>Wixom MI 48393-1022 | Justin O. Burton<br>Rulon T. Burton & Assoc.<br>6000 South Fashion Blvd.<br>Murray, UT 84107-5436 |
| Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | Chase cardmember Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | Comcast<br>1350 Miller Avenue<br>SLC, UT 84106-3092 |
| Tom Cook<br>Lundberg & Associates<br>3269 South Main St.<br>Suite 100<br>Salt Lake City, UT 84115-3773 | Dealer Services Corporation<br>1320 City Center Drive, Suite 100<br>Carmel, IN 46032-3816 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Dillard's National Bank<br>PO Box 52051<br>Phoenix, AZ 85072-2051 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | GE Capital Retail Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| IRS<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Integra Telcom<br>265 E. 100 So. Suite 200<br>Salt Lake City, UT 84111-1739 | JPMorgan Chase Bank, N.A.<br>c/o Chase Records Center<br>Attn: Correspondence Mail<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| JPMorgan Chase, National Association<br>c/o Marlon L. Bates<br>15 W. South Temple, Ste 600<br>Salt Lake City, UT 84101-1536 | Lon Jenkins tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 | Johnson Mark LLC<br>PO Box 7811<br>Sandy, UT 84091-7811 |
| M & T Bank Commercial Loans<br>PO Box 1302<br>Buffalo, NY 14240-1302 | M&T BANK<br>c/o PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Macy's<br>PO Box 8053<br>Mason, OH 45040-8053 |

| | | |
|---|---|---|
| Main Street Acquisition Corp assignee of CHA<br>BANK USA N A<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Mark E. Medcalf<br>160 East 300 South, Fifth Floor<br>P.O. Box 140857<br>Salt Lake City, UT 84114-0857 | Mark S. Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 |
| Afagh Mohammadreza<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 | NCB Management Services, Inc.<br>PO Box 1099<br>Langhorne, PA 19047-6099 | PNC Mortgage<br>PO Box 1820<br>Dayton, OH 45401-1820 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RC Willey Home Furnishings<br>PO Box 410429<br>Salt Lake City, UT 84141-0429 | Hossein Rezaian<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 |
| Shahram Rezaian<br>14029 So. Candy Pull Drive<br>Draper, UT 84020-7512 | TD BANK USA, N.A.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target National Bank<br>PO Box 660170<br>Dallas TX 75266-0170 |
| USTC<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-7040 | United States Trustee<br>Washington Federal Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Utah Labor Commission<br>Mark E. Medcalf #5404<br>160 East 300 South, Fifth Floor<br>PO Box 140857<br>Salt Lake City, UT 84114-0857 |
| Wells Fargo<br>ATTN: Recovery Dept<br>PO BOX 5058<br>Sioux Falls, SD 57117-5058 | Wells Fargo<br>Business Direct Op<br>PO Box 348750<br>Sacramento CA 95834-8750 | Wells Fargo<br>PO Box 54349<br>Los Angeles CA 90054-0349 |
| Wells Fargo Bank<br>PO Box 63491 MAC A0143-042<br>San Francisco, Ca 94163-0001 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>P.O. Box 10438<br>Des Moines, Iowa 50306-0438 |
| Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | James H. Woodall<br>10808 River Front Parkway<br>Suite 175<br>South Jordan, UT 84095-5961 | Mark S. x2Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 |
| Mark S. x4Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>#100<br>Salt Lake City, UT 84115-3773 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Auto Finance Corporation
13085 Hamilton Crossing Blvd., Suite 300
Carmel, IN 46032

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

(u)M&T Bank

(u)RC Willey Financial Services

(u)Utah Labor Commission

(d)Wells Fargo Card Services
1 Home Campus 3rd Floor
Des Moines, IA 50328-0001

End of Label Matrix
Mailable recipients    54
Bypassed recipients     5
Total                  59