## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

IN RE: 12-31819
DEBTOR(S):
HOSSEIN REZAIAN

*Chapter 13 Trustee's Notice of Final Report*

## NOTICE OF STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT and CERTIFICATE OF MAILING

The Debtors in the above-captioned case have made their final Chapter 13 payment, and the Trustee has disbursed all such funds to claimants. Accordingly, the Trustee hereby files the attached Final Report and Account summarizing the administration of the case and giving an accounting of all receipts and disbursements under the confirmed plan.

***ABSENT A TIMELY FILED WRITTEN OBJECTION TO THE TRUSTEE'S FINAL REPORT AND ACCOUNT, THE CASE MAY PROCEED TO DISCHARGE AND CLOSURE.***

Any objection to the Trustee's Final Report and Account must be (1) in writing; (2) filed with the bankruptcy court within 30 days after the date of service set forth below and served on the Trustee; and (3) noticed for a hearing to be held no later than 30 days after the filing such objection. If no objections are filed within such 30-day period, the Trustee's Final Report and Account will be deemed approved by the Court, and under Bankruptcy Rule 5009 the estate will be presumed to be fully administered. If the Debtor otherwise qualifies, the bankruptcy court may (if eligible) grant the discharge and close the case.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, the foregoing Trustee's Final Report and Account (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on November 18, 2017, I caused to be served a true and correct copy of the foregoing Trustee's Final Report and Account (Chapter 13) as follows:

Mail Service via the Noticing Center- By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Center's Certificate of Service found below:

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

IN RE: 12-31819

DEBTOR(S): HOSSEIN REZAIAN AND AFAGH MOHAMMADREZA

### NOTICE OF STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

The Debtors in the above-captioned case have made their final Chapter 13 payment, and the Trustee has disbursed all such funds to claimants.  Accordingly, the Trustee has filed a Final Report and Account summarizing the administration of the case and giving an accounting of all receipts and disbursements under the confirmed plan.

*ABSENT A TIMELY FILED WRITTEN OBJECTION TO THE
TRUSTEE'S FINAL REPORT AND ACCOUNT AS DESCRIBED BELOW, THE CASE
MAY PROCEED TO DISCHARGE AND CLOSURE.*

*If you would like to receive a copy of the Final Report and Account*, then you may obtain a copy: (1) from the Clerk of the United States Bankruptcy Court for the District of Utah, Frank E. Moss U.S. Courthouse, 350 South Main Street #301, Salt Lake City, Utah 84101; (2) from the Bankruptcy Court's website at www.utb.uscourts.gov using the PACER service; or (3) from the Standing Chapter 13 Trustee's Office by making such request via email at FinalReportRequest@ch13ut.org .

Any objection to the Trustee's Final Report and Account must be (1) made in writing; (2) filed with the Bankruptcy Court at the address stated above within 30 days after the date of service and served on the Standing Chapter 13 Trustee; and (3) noticed for a hearing to be held no later than 30 days after the filing such objection.  If no objections are filed within such 30-day period, the Trustee's Final Report and Account will be deemed approved by the Bankruptcy Court, and under Bankruptcy Rule 5009 the estate will be presumed to be fully administered.  If the Debtor otherwise qualifies, the bankruptcy court may (if eligible) grant the discharge and close the case.

    /s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 12-31819
HOSSEIN REZAIAN                                                           Chapter 13
        Debtor

## CERTIFICATE OF SERVICE

District/off: 1088-c            User: 563                Page 1 of 2             Date Rcvd: Nov 17, 2017
                                Form ID: NOFR            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Nov 18, 2017.
```
db       +HOSSEIN REZAIAN,    14029 SO. CANDY PULL DRIVE,    DRAPER UT 84020-7512
13        American Express,    PO Box  297804,   Fort Lauderdale FL 33329-7804
22       +Auto Finance Corporation,    13085 Hamilton Crossing Blvd., Suite 300,    Carmel IN 46032-1445
11        Bank of America,    PO Box 51789,   Tampa FL 33631-3785
23       +Dealer Services Corporation,    1320 City Center Drive, Suite 100,    Carmel IN 46032-3816
8         Dillard's National Bank,    PO Box 52051,    Phoenix AZ 85072-2051
3         INTERNAL REVENUE SERVICE,    PO BOX 7317,    PHILADELPHIA PA 19101-7317
14       +LUNDBERG & ASSOCIATES,    3269 SOUTH MAIN STREET STE 100,    SALT LAKE CITY UT 84115-3773
24        M & T Bank Commercial Loans,    PO Box 1302,    Buffalo NY 14240-1302
19        MAIN STREET ACQUISITION CORP,    BECKET AND LEE LLP,    ATTORNEYS/AGENT FOR CREDITOR PO BOX 3001,
           MALVERN PA 19355-0000
17       +NCO FINANCIAL SYSTEMS INC,    PO BOX 4275,    NORCROSS GA 30091-4275
25       +PNC Mortgage,    PO Box 1820,   Dayton OH 45401-1820
18       +PORTFOLIO RECOVERY ASSOCIATES, LLC,    PO BOX 12914,    NORFOLK VA 23541-0914
16       +Pite Duncan LLP,    4375 Jutland Drive, Ste. 200,    P.O. Box 17933,    San Diego CA 92177-7921
1        +UTAH STATE TAX COMMISSION,    210 NORTH 1950 WEST,    SALT LAKE CITY UT 84134-9000
9         WELLS FARGO,    ATTN: RECOVERY DEPT,    PO BOX 5058,    Sioux Falls SD 57117-5058
10       +WELLS FARGO BANK NA,    PO BOX 63491 MAC A143-042,    SAN FRANSISCO CA 94163-0001
15       +WELLS FARGO CARD SERVICES,    PO BOX 9210,    DES MOINES IA 50306-9210
2        +WELLS FARGO SERVICING CENTER,    MAC Q2132-013,    PO BOX 94423,    ALBUQUERQUE NM 87199-4423
20       +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix AZ 85038-9482
12       +Wells Fargo Business D,    Po Box 29482,    Phoenix AZ 85038-9482
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Nov 18, 2017**                    **Signature:**    _Joseph Speetjens_

```
District/off: 1088-c          User: 563              Page 2 of 2          Date Rcvd: Nov 17, 2017
                              Form ID: NOFR          Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
nef             JUSTIN O. BURTON    RULON T. BURTON & ASSOC.
nef             JUSTIN O. BURTON    RULON T. BURTON & ASSOC.
nef             Lon A. Jenkins    405 South Main Street
nef             United States Trustee    Ken Garff Bldg.
                                                                                    TOTAL: 4
```