| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Hossein Rezaian** | Social Security number or ITIN **xxx–xx–5390** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Afagh Mohammadreza** | Social Security number or ITIN **xxx–xx–1738** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Utah** | | |
| Case number: **12–31819  RKM** | Chapter 13 | Petition date: 9/14/12 |

# Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Hossein Rezaian                                                    Afagh Mohammadreza

<u>12/1/17</u>                                                      **By the court:**    <u>R. Kimball Mosier</u>
                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                               District of Utah

In re:                                                    Case No. 12-31819-RKM
Hossein Rezaian                                           Chapter 13
Afagh Mohammadreza
      Debtors                  CERTIFICATE OF NOTICE
District/off: 1088-2          User: fsl              Page 1 of 2            Date Rcvd: Dec 01, 2017
                              Form ID: 3180W         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db/jdb         +Hossein Rezaian,    Afagh Mohammadreza,    14029 So. Candy Pull Drive,    Draper, UT 84020-7512
8632762        +Bonded Collection Corp.,    CS Bond 01,    PO Box 1022,    Wixom MI 48393-1022
8496265         Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
8496268         Dillard's National Bank,    PO Box 52051,    Phoenix, AZ 85072-2051
8515840         FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
8496269        +Integra Telcom,    265 E. 100 So. Suite 200,    Salt Lake City, UT 84111-1739
8549152        +JPMorgan Chase Bank, N.A.,    c/o Chase Records Center,    Attn: Correspondence Mail,
                 700 Kansas Lane,    Monroe, LA 71203-4774
10811053       +JPMorgan Chase, National Association,    c/o Marlon L. Bates,    15 W. South Temple, Ste 600,
                 Salt Lake City, UT 84101-1536
8496272         M & T Bank Commercial Loans,    PO Box 1302,    Buffalo, NY 14240-1302
8544118        +M&T BANK,    c/o PITE DUNCAN, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
8496274        +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
8496275        +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
8496276         RC Willey Home Furnishings,    PO Box 410429,    Salt Lake City, UT 84141-0429
8496277        +Shahram Rezaian,    14029 So. Candy Pull Drive,    Draper, UT 84020-7512
8561178        +Utah Labor Commission,    Mark E. Medcalf #5404,    160 East 300 South, Fifth Floor,
                 PO Box 140857,    Salt Lake City, UT 84114-0857

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8496262         E-mail/Text: bankruptcy@autofinance.com Dec 02 2017 01:24:35      Auto Finance Corporation,
                 13085 Hamilton Crossing Blvd., Suite 300,    Carmel, IN 46032
8632760         EDI: AMEREXPR.COM Dec 02 2017 01:18:00      American Express,    PO Box 650448,
                 Dallas TX 75265-0448
8496261         EDI: AMEREXPR.COM Dec 02 2017 01:18:00      American Express,    PO Box  297804,
                 Fort Lauderdale, FL 33329-7804
8571551         EDI: BECKLEE.COM Dec 02 2017 01:18:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern  PA 19355-0701
8632761         EDI: AMEREXPR.COM Dec 02 2017 01:18:00      American Express Blue Cash,    PO Box 981535,
                 El Paso TX 79998-1535
8674378        +EDI: OPHSUBSID.COM Dec 02 2017 01:18:00      Azurea I, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
8496263         EDI: BANKAMER.COM Dec 02 2017 01:18:00      Bank of America,    PO Box 5170,
                 Simi Valley, CA 93062-5170
8496264         EDI: CHASE.COM Dec 02 2017 01:18:00      Chase cardmember Services,    PO Box 94014,
                 Palatine, IL 60094-4014
8496266         E-mail/Text: WST_Bankruptcy@cable.comcast.com Dec 02 2017 01:25:03      Comcast,
                 1350 Miller Avenue,    SLC, UT 84106-3092
8496267        +E-mail/Text: bankruptcy@discoverdsc.com Dec 02 2017 01:24:33      Dealer Services Corporation,
                 1320 City Center Drive, Suite 100,    Carmel, IN 46032-3816
8522323        +EDI: TSYS2.COM Dec 02 2017 01:18:00      Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
8512380         EDI: RMSC.COM Dec 02 2017 01:18:00      GE Capital Retail Bank,
                 Care of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
8496270        +EDI: IRS.COM Dec 02 2017 01:18:00      IRS,    Centralized Insolvency Operations,    PO Box 7346,
                 Philadelphia, PA 19101-7346
8496271        +E-mail/Text: Bankruptcy@jmlaw.com Dec 02 2017 01:25:22      Johnson Mark LLC,    PO Box 7811,
                 Sandy, UT 84091-7811
8496273        +EDI: TSYS2.COM Dec 02 2017 01:18:00      Macy's,    PO Box 8053,    Mason, OH 45040-8053
8661780         EDI: BL-BECKET.COM Dec 02 2017 01:18:00      Main Street Acquisition Corp assignee of CHASE,
                 BANK USA N A,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8643124         EDI: PRA.COM Dec 02 2017 01:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
8867923        +E-mail/Text: bncmail@w-legal.com Dec 02 2017 01:24:51      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
8632763         EDI: WTRRNBANK.COM Dec 02 2017 01:18:00      Target National Bank,    PO Box 660170,
                 Dallas TX 75266-0170
8496278         EDI: UTAHTAXCOMM.COM Dec 02 2017 01:18:00      USTC,    Attn: Bankruptcy Unit,
                 210 North 1950 West,    Salt Lake City, UT 84134-7040
8632764        +EDI: WFFC.COM Dec 02 2017 01:18:00      Wells Fargo,    Business Direct Op,    PO Box 348750,
                 Sacramento CA 95834-8750
8496279         EDI: WFFC.COM Dec 02 2017 01:18:00      Wells Fargo,    ATTN: Recovery Dept,    PO BOX 5058,
                 Sioux Falls, SD 57117-5058
8632765         EDI: WFFC.COM Dec 02 2017 01:18:00      Wells Fargo,    PO Box 54349,    Los Angeles CA 90054-0349
8662556        +EDI: WFFC.COM Dec 02 2017 01:18:00      Wells Fargo Bank,    PO Box 63491  MAC A0143-042,
                 San Francisco, Ca 94163-0001
8514516        +EDI: WFFC.COM Dec 02 2017 01:18:00      Wells Fargo Bank, N.A.,    Business Direct Division,
                 P.O. Box 29482,    Phoenix, AZ 85038-9482
8525304        +EDI: WFFC.COM Dec 02 2017 01:18:00      Wells Fargo Bank, N.A.,    P.O. Box 10438,
                 Des Moines, Iowa 50306-0438
8504852        +EDI: WFFC.COM Dec 02 2017 01:18:00      Wells Fargo Card Services,    1 Home Campus,    3rd Floor,
                 Des Moines, IA 50328-0001
```

```
District/off: 1088-2          User: fsl                   Page 2 of 2                  Date Rcvd: Dec 01, 2017
                              Form ID: 3180W              Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                    TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               RC Willey Financial Services
8553570*        +Wells Fargo Bank, N.A.,    P.O. Box 10438,   Des Moines, Iowa 50306-0438
8527764*        +Wells Fargo Card Services,   1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
                                                                                          TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
```
              James H. Woodall    on behalf of Creditor    M&T Bank jwoodall@carrwoodall.com,
               angela@carrwoodall.com;brad@carrwoodall.com
              Jesse A.P. Baker    on behalf of Creditor    M&T Bank ecfutb@aldridgepite.com,
               jbaker@aldridgepite.com;JPB@ecf.inforuptcy.com
              Justin O. Burton    on behalf of Joint Debtor Afagh  Mohammadreza justin@rulontburton.com,
               ffej65@gmail.com
              Justin O. Burton    on behalf of Debtor Hossein   Rezaian justin@rulontburton.com,  ffej65@gmail.com
              Lon  Jenkins tr     ecfmail@ch13ut.org,   lneebling@ch13ut.org
              Mark E. Medcalf     on behalf of Creditor   Utah Labor Commission markmedcalf@agutah.gov
              Mark S. Middlemas    on behalf of Creditor    JPMorgan Chase Bank, National Association
               LundbergECFmail@Lundbergfirm.com,   ecfmaildistgroup@lundbergfirm.com
              Mark S. x2Middlemas    on behalf of Creditor    JPMorgan Chase Bank, National Association
               LundbergECFmail@Lundbergfirm.com,   ecfmaildistgroup@lundbergfirm.com
              Mark S. x4Middlemas    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ECFmailDistGroup@Lundbergfirm.com,   ecfmaildistgroup@lundbergfirm.com
              Marlon L. Bates    on behalf of Creditor    JPMorgan Chase Bank, National Association
               marlon@scalleyreading.net,   cori@scalleyreading.net
              Tom  Cook    on behalf of Creditor    JPMorgan Chase Bank, National Association
               lundbergecfmail@lundbergfirm.com,   ecfmaildistgroup@lundbergfirm.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 12
```