B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re  _____,     Case No. _____
      Debtor

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____     **Court claim no**. (if known): _____

**Last four digits** of any number you use to identify the debtor's account:  ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice     ____/____/_____

**New total payment:**     $ _____
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

❏ No
❏ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    **Current escrow payment:**  $ _____     **New escrow payment:**     $ _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

❏ No
❏ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    **Current interest rate:**     _____%     **New interest rate:**     _____%

    **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

❏ No
❏ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

    **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

❏ I am the creditor.    ❏ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ _____    Date   ___/____/_____
   Signature

**Print:**    _____    Title  _____
         First Name        Middle Name        Last Name

Company   _____

Address   _____
         Number          Street

         _____
         City                    State      ZIP Code

Contact phone  (_____) _____– _____        Email _____



**M&T Bank**
Understanding what's important®
PO BOX 1288
BUFFALO, NY  14240-1288

September 4, 2014

HOSSEIN REZAIAN
SHABRAM REZAIAN
14029 S CANDY PULL DR
DRAPER UT  84020-7512

RE:    Adjustable Rate Loan No.:

Dear Mortgagor(s):

This notice is to inform you of an interest rate change and/or an adjustment to your principal and interest payment in accordance with your Adjustable Rate Note. These changes are effective with your payment due October 1, 2014.

This adjustment is based on the following factors:

Interest rate change date:                                                                                           September 1, 2014
**P & I payment change date:**                                                                                  **October 1, 2014**
Projected principal balance as of October 1, 2014:                                                           $81,243.32

|  | **Current Loan Information** | **New Loan Information** |
|---|---|---|
| Index rate | 3.250% | 3.250% |
| Margin | 5.000% | 5.000% |
| Interest Rate | 9.250% | 9.250% |
| Effective # of payments | 6 | 6 |
| Principal & Interest | $1,580.41 | $1,580.42 |

Your new interest rate was calculated by adding your margin of 5.000% to the new index rate. Limits on interest rate changes and rounding may have affected your new interest rate.

If applicable, you will receive an escrow disclosure statement approximately two weeks prior to October 1, 2014. If you have your payment automatically drafted from your deposit account, the draft amount will change in accordance with the new P & I payment and effective date referenced above. Please contact our Customer Service Department at 1-800-724-2224 if you have any questions regarding this notice.

Sincerely,


Jill M. Gilliland
Special Products Manager
Retail Servicing

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

P.O. Box 1288, Buffalo, NY 14240,    716 626 7010    800 724 2224
*Mortgage account information, just a click away.*    www.mtb.com

INTERNET REPRINT

# CERTIFICATE OF SERVICE

I, Amanda S. Koczwara, declare that:

I am employed in the County of San Diego, California. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of 18 years and not a party to this cause.

On September 10, 2014 I caused the Notice of Mortgage Payment Change by placing a true copy thereof in an envelope with postage thereon fully prepaid in the United States Mail at San Diego, California and/or via electronic means pursuant to Local Bankruptcy Rule 5005-2 as follows:

Justin O. Burton
Rulon T. Burton & Assoc.
6000 South Fashion Blvd.
Murray, UT 84107
jeff@rulontburton.com

Hossein Rezaian
Afagh Mohammadreza
14029 So. Candy Pull Drive
Draper, UT 84020

Kevin R. Anderson
405 South Main Street
Suite 600
Salt Lake City, UT 84111
kanderson@ch13kra.com

Shabram Rezaian
4659 S State St
Murray, UT 84107

Department of Justice
District of Utah - Salt Lake City
Ken Garff Bldg.
405 South Main Street
Ste 300
Salt Lake City, UT 84111
USTPRegion19.SK.ECF@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Dated:         September 10, 2014            /s/Amanda S. Koczwara
                                             AMANDA S. KOCZWARA