B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

District of Utah

In re  Afagh Mohammadreza and Hossein Rezaian,　　　　　　　　Case No. 12-31819
　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T BANK　　　　　　　　　　　　**Court claim no.** (if known): 21

**Last four digits** of any number you use to identify the debtor's account: 5 2 3 4

**Date of payment change:** 4/1/2015
Must be at least 21 days after date of this notice

**New total payment:** $ 1,759.91
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 705.67　　　　New escrow payment: $ 179.50

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No
☑ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: 9.25000 %　　　　New interest rate: 9.25000 %
Current principal and interest payment: $ 1,580.42　　　　New principal and interest payment: $ 1,580.41

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____　　　　New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Arnold L. Graff
Signature

Date 03/10/2015

**Print:** Arnold L. Graff
First Name    Middle Name    Last Name

Title Attorney

Company   Pite Duncan, LLP

Address   4375 Jutland Dr. Suite 200; P.O. Box 17933
Number    Street

San Diego                    CA        92177-0933
City                         State     ZIP Code

Contact phone ( 858 ) 750 – 7600        Email agraff@piteduncan.com


**M&T Bank**
Understanding what's important®
PO BOX 1288
BUFFALO, NY 14240-1288

March 3, 2015

HOSSEIN REZAIAN
SHABRAM REZAIAN
14029 S CANDY PULL DR
DRAPER UT 84020-7512

RE:    Adjustable Rate Loan No

Dear Mortgagor(s):

This notice is to inform you of an interest rate change and/or an adjustment to your principal and interest payment in accordance with your Adjustable Rate Note. These changes are effective with your payment due April 1, 2015.

This adjustment is based on the following factors:

Interest rate change date:    March 1, 2015
**P & I payment change date:**    **April 1, 2015**
Projected principal balance as of April 1, 2015:    $75,429.31

|  | **Current Loan Information** | **New Loan Information** |
|---|---|---|
| Index rate | 3.250% | 3.250% |
| Margin | 5.000% | 5.000% |
| Interest Rate | 9.250% | 9.250% |
| Effective # of payments | 6 | 6 |
| Principal & Interest | $1,580.42 | $1,580.41 |

Your new interest rate was calculated by adding your margin of 5.000% to the new index rate. Limits on interest rate changes and rounding may have affected your new interest rate.

If applicable, you will receive an escrow disclosure statement approximately two weeks prior to April 1, 2015. If you have your payment automatically drafted from your deposit account, the draft amount will change in accordance with the new P & I payment and effective date referenced above. Please contact our Customer Service Department at 1-800-724-2224 if you have any questions regarding this notice.

Sincerely,

Jill M. Gilliland
Special Products Manager
Retail Servicing

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

P.O. Box 1288, Buffalo, NY 14240,   716 626 7010   800 724 2224
*Mortgage account information, just a click away.*  www.mtb.com

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

**M&T Bank**

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063



**Contact Us**

| | | |
|---|---|---|
| Customer Service: | | 1-800-411-7627 |
| Property Tax: | | 1-866-406-0949 |
| Property Insurance: | | 1-888-882-1847 |

Correspondence Address:
PO BOX 1288
BUFFALO, NY 14240-1288

www.mtb.com/mymortgageinfo

HOSSEIN REZAIAN
SHABRAM REZAIAN
14029 S CANDY PULL DR
DRAPER UT 84020-7512

Loan Number: ███████
Statement Date: 03/09/15

**New Payment Information**

| | | |
|---|---|---|
| | Principal and/or Interest | 1,580.41 |
| | Escrow Deposit | 179.50 |
| Less: | Escrow Surplus | 0.00 |
| | Optional Insurance | 0.00 |
| | Other | 0.00 |
| Less: | Buydown/Assistance Payment | 0.00 |
| | **New Payment Effective 04/01/15** | **1,759.91** |

Periodically, your escrow account is reviewed to ensure that sufficient funds will be available to pay escrow items when due. As tax and insurance amounts are subject to change each year, your monthly escrow deposit may also change. Your current monthly payment is $2,286.09 of which $1,580.42 is for principal and interest, $185.91 is deposited into your escrow account, and $519.76 is for other amounts such as optional insurance, shortage, replacement reserves, etc., that may be included with your regular mortgage payment

**Anticipated Annual Disbursements**

| | |
|---|---|
| COUNTY TAX | 2,154.05 |
| **Total Disbursements** | **2,154.05** |

**Account Projections**

Projections for coming year: The following summary shows anticipated activity in your escrow account for the next twelve months, which was used to calculate your payment above.

| Payment Due Month | Monthly Escrow Deposit | Scheduled Disbursement | Description | Projection Based On Current Balance | Projection Based On Required Balance |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,724.17 | 1,077.05 |
| Apr 15 | 179.50 | | | 1,903.67 | 1,256.55 |
| May 15 | 179.50 | | | 2,083.17 | 1,436.05 |
| Jun 15 | 179.50 | | | 2,262.67 | 1,615.55 |
| Jul 15 | 179.50 | | | 2,442.17 | 1,795.05 |
| Aug 15 | 179.50 | | | 2,621.67 | 1,974.55 |
| Sep 15 | 179.50 | | | 2,801.17 | 2,154.05 |
| Oct 15 | 179.50 | | | 2,980.67 | 2,333.55 |
| Nov 15 | 179.50 | 2,154.05 | COUNTY TAX | 1,006.12 | 359.00 |
| Dec 15 | 179.50 | | | 1,185.62 | 538.50 |
| Jan 16 | 179.50 | | | 1,365.12 | 718.00 |
| Feb 16 | 179.50 | | | 1,544.62 | 897.50 |
| Mar 16 | 179.50 | | | 1,724.12 | 1,077.00 |

**Projected Escrow Balance Summary**

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

The following breakdown reflects how your regular escrow payment amount is calculated:

| | |
|---|---|
| Total scheduled disbursements: | $2,154.05 |
| divided by 12 monthly payments: | $179.50 |
| **Total escrow surplus of** | **$647.12** |
| will be refunded to you | |
| Total escrow payment: | $179.50 |

Based on these calculations for the coming year, your new payment effective with your 04/01/15 payment will be $1,759.91.

**Escrow Requirements, New Mortgage Payment and Anticipated Annual Disbursements**

Your lowest monthly balance for the next 12 months should reach $359.00, which equals a reserve of two months escrow deposit. In order to reach this low point, your required escrow balance after your 03/15 payment should be $1,077.05, whereas your actual escrow balance is $1,724.17. The difference, $647.12, represents an escrow surplus. This amount will be refunded to you under separate cover within the next few weeks, ONLY if your payments are up-to-date as of the date of this analysis. If your payments are not up-to-date at the time of analysis, you are entitled to have the available surplus refunded to you when your account is current. At that time, please send your written request to M&T Bank, ATTN: Escrow Department P.O. Box 1288, Buffalo, NY 14240-1288.

750-4420-0115F - Escrow/Generic

INTERNET REPRINT

**M&T Bank**

The escrow overage will be refunded to you under separate cover within the next few weeks, ONLY if your payments are up-to-date as of the date of this analysis. If your payments are not up-to-date at the time of analysis, you are entitled to have the available surplus refunded to you when your account is current. At that time, please send your written request to M&T Bank, Attn: Escrow Department, P.O. Box 1288, Buffalo, NY 14240-1288.

## ACCOUNT HISTORY

| | | Previous Escrow Account Projection | | | | Actual Escrow Account History** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Deposits | Disbursements | Description | Balance | Deposits | Disbursements | Description | Balance |
| | | | STARTING BALANCE | 1,115.50 | | | STARTING BALANCE | -5,295.48 |
| APR 14 | 185.91 | | | 1,301.41 | * | | | -5,295.48 |
| MAY 14 | 185.91 | | | 1,487.32 | 705.66 * | | | -4,589.82 |
| JUN 14 | 185.91 | | | 1,673.23 | 705.67 * | | | -3,884.15 |
| JUL 14 | 185.91 | | | 1,859.14 | 705.67 * | | | -3,178.48 |
| AUG 14 | 185.91 | | | 2,045.05 | * | | | -3,178.48 |
| SEP 14 | 185.91 | | | 2,230.96 | * | | | -3,178.48 |
| OCT 14 | 185.91 | | | 2,416.87 | * | | | -3,178.48 |
| NOV 14 | 185.91 | 2,230.96 | COUNTY TAX | 371.82 | 2,117.01 * | 2,154.05 * | COUNTY TAX | -3,215.52 |
| DEC 14 | 185.91 | | | 557.73 | * | | | -3,215.52 |
| JAN 15 | 185.91 | | | 743.64 | 1,411.34 * | | | -1,804.18 |
| FEB 15 | 185.91 | | | 929.55 | 705.67 * | | | -1,098.51 |
| MAR 15 | 185.91 | | | 1,115.46 | 2,822.68 * | | | 1,724.17 |

The total amount of escrow deposits received during this period was $9,173.70 and the total escrow disbursements were $2,154.05.  An asterisk (*) indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.
** This section may also reflect anticipated escrow activity that has not yet occurred prior to the effective date of this analysis.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

Please remember, as your taxes increase on an annual basis, the escrow portion of your payment will also increase.  If you have any questions about this Escrow Analysis, please call our Customer Service Department toll free at 1-800-411-7627.

CERTIFICATE OF SERVICE

I, Amanda S. Koczwara, declare that:

I am employed in the County of San Diego, California. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of 18 years and not a party to this cause.

On March 11, 2015 I caused the Notice of Mortgage Payment Change by placing a true copy thereof in an envelope with postage thereon fully prepaid in the United States Mail at San Diego, California and/or via electronic means pursuant to Local Bankruptcy Rule 5005-2 as follows:

Justin O. Burton
Rulon T. Burton & Assoc.
6000 South Fashion Blvd.
Murray, UT 84107
jeff@rulontburton.com

Hossein Rezaian
Afagh Mohammadreza
14029 So. Candy Pull Drive
Draper, UT 84020

Kevin R. Anderson
405 South Main Street
Suite 600
Salt Lake City, UT 84111
kanderson@ch13kra.com

Shabram Rezaian
4659 S State St
Murray, UT 84107

Department of Justice
District of Utah - Salt Lake City
Ken Garff Bldg.
405 South Main Street
Ste 300
Salt Lake City, UT 84111
USTPRegion19.SK.ECF@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Dated:      March 11, 2015            /s/Amanda S. Koczwara
                                      AMANDA S. KOCZWARA